```
JAMES WM. BRAVOS, ESQ.
State Bar No. 138097
2185 Sunset Cliffs Blvd.
San Diego, CA 92107
(619) 222-3504
Attorney for Plaintiff, Q-ELECTRIC LLC
```



FILED
OCT 3 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Q-ELECTRIC LLC,                 )  Case No.:
                                )  '07 CV 2093 JM   NLS
    Plaintiff,                  )  COMPLAINT FOR
                                )  TEMPORARY RESTRAINING
    v,                          )  ORDER; PRELIMINARY AND
                                )  PERMANENT INJUNCTIONS
                                )  AND DAMAGES
BRISAKI, LLC dba AWESOMEBUGGY.COM )
an Entity of Unknown Organization, )
DOES 1 – 100.                   )
                                )
    Defendants.                 )
                                )

1.  Plaintiff is and at all times mentioned herein was a Limited Liability Company duly existing under the laws of the State of California with its principal place of business in Encinitas, San Diego County, California.

2.  Upon information and belief, defendant BRISAKI, LLC dba AwesomeBuggy.com is a business entity of unknown organization and existing under the laws of the State of Arizona and having a mailing address of 2020 North 10th Avenue, Tucson, AZ 85705.

3.  This cause of action arises under the Lanham Act, Act of July 5, 1946, is for Infringement of a United States Trademark under the laws of the United States, 60 Statute. 427, USC, Title 15 Sections 1051-1127. Jurisdiction is vested in this court by

virtue of 15. U.S.C. Section 1121 and 28 U.S.C. Section 1338.

4. Plaintiff does not know the true names, capacities, or basis for liability of Defendants sued in this action as Does I through 20, inclusive, and will amend this complaint when the same is ascertained. At all relevant times each Defendant, including any Defendant fictitiously named, was acting as the agent, servant, employee, partner, or joint venturer of each other Defendant in doing the things alleged herein, and is responsible in some manner for the damages claimed herein by the Plaintiff.

## GENERAL ALLEGATIONS

5. Paragraphs 1 though 4. are realleged as if fully set forth.

6. At all material times herein, plaintiff has been and is engaged in the manufacture and interstate wholesale distribution of motorized buggies under the trademark "XATVusa."

7. Plaintiff filed the trademark XATVusa with the U.S. Patent and Trademark Office on January 19, 2007, Application serial no. 77087145. Plaintiff amended said mark as follows: XATV USA (Stylized and/or with Design). The applicant claims color as a feature of the mark, namely, red and black are the predominate colors, but it can vary. The mark consists of a customized letter X. The font colors of the XATV logo is predominately red but it can vary. The font color of the USA is black or white.

8. Plaintiff has used the trademark and images of its product which bears said trademark continuously since and prior to January 19, 2007 to identify its gas powered vehicles commonly referred as "dune buggies" or "buggies." In this connection,

plaintiff uses its XATV trademark on the outer crank case of the engines of the vehicles that it distributes, and, it uses the images of the product which bears said trademark on various websites and those of retailers who are licensed to sell plaintiff's products.

9. Plaintiff has been selling its vehicles to various retail outlets throughout the United States and on internet websites.

10. Around and about October 26, 2007, Plaintiff by letter, advised defendant of plaintiff's ownership of the trademark and the registration thereof, and requested defendant to immediately cease and desist use of the trademark. Defendant has failed and refused, and continues to fail and refuse to comply with plaintiff's request.

11. Plaintiff is informed and believes and thereon alleges that as a proximate result of advantage accruing to defendant's business from plaintiff's nationwide advertising, sales, and consumer recognition, and as a proximate result of confusion or deception or mistake or a combination thereof caused by defendant's wrongful advertising and sale of its goods, as hereinabove alleged, bearing the name XATV and displaying the plaintiff' images, defendant has made substantial sales and profits in the approximate amount of $ 1,000,000.00.

12. Plaintiff is informed and believes and thereon alleges that as a proximate result of advantage accruing to defendant's business from plaintiff's nationwide advertising, sales, and consumer recognition, and as a proximate result of confusion or deception or mistake or a combination thereof caused by

defendant's wrongful advertising and sale of its goods, as hereinabove alleged, bearing the name XATV, plaintiff has been deprived of substantial sales of its vehicles in the approximate amount of $ 1,000,000.00, and has been deprived of the value of its trademark as a commercial asset, in the approximate amount of $ 10,000,000.00.

13. Plaintiff is informed and believes and thereon alleges that unless restrained by this Court, defendant will continue to infringe plaintiff's registered trademark, thus engendering a multiplicity of judicial proceedings, and pecuniary compensation will not afford plaintiff adequate relief for the damage to its trademark in public perception.

WHEREFORE, Plaintiff prays:

1. For an order requiring defendants to show cause, if they have any, why they should not be enjoined as set forth below, during the pendency of this action;

2. For a temporary restraining order, a preliminary injunction, and a permanent injunction, all enjoining defendants, and each of them, and their agents, servants, and employees, and all persons acting under, in concert with, or for them from:

   (a) Using the name "XATV" or any of plaintiff's images depicting plaintiff's products connection with its internet website AWESOMEBUGGY.COM and in connection with any of its vehicles, dune buggies, or buggies for sale on said website;

   (b) Otherwise infringing plaintiff's trademark;

   (c) Causing likelihood of confusion, deception, or mistake

as to the source, nature, or quality of defendants' goods;

3. For an order directing defendants and each of them, to file with this court and serve on plaintiff within 30 days after service of an injunction, a report in writing under oath, setting forth in detail the manner and form in which defendants have complied with the injunction;

4. For an order requiring defendants and each of them to deliver up, take down, and destroy all infringing images posted on any and all websites used by defendants to sell said counterfeit products, and to take down any offers to sell any said counterfeit products thereon;

5. For all of defendants' profits derived from its infringement of plaintiff's trademark;

6. For three times the amount of plaintiff's actual damages caused by defendants's infringement op plaintiff's trademark;

7. For plaintiff's reasonable attorney's fees expended in this action;

8. For costs of suit incurred herein and,

9. For such other and further relief as this Court may deem just and proper

October 30, 2007

JAMES WM. BRAVOS, ESQ.

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED OCT 31 2007  CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY**

## I. (a) PLAINTIFFS
Q-ELECTRIC LLC

**DEFENDANTS**
BRISA RYTTER dba AWESOMEBUGGY.COM

(b) County of Residence of First Listed Plaintiff: SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: TUSON, ARIZONA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
JAMES WM. BRAVOS, ESQ. 2185 Sunset Cliffs Blvd., San Diego, CA 92107 (619) 222-3504

Attorneys (If Known)

**'07 CV 2093 JM - NLS**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1051 -1127
Brief description of cause:
INFRINGEMENT OF COPYWRITE;

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 10,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 10/31/2007
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # 144027  AMOUNT $350  APPLYING IFP _____ 10/31/07  JUDGE _____  MAG. JUDGE _____

```
        UNITED STATES
        DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

       # 144027     - KD

       November 01, 2007
           08:33:21


         Civ Fil Non-Pris
     USAO #.: 07CV2093
     Judge..: JEFFREY T MILLER
     Amount.:            $350.00 CK
     Check#.: PC 102



     Total-> $350.00



     FROM: CIVIL FILING
           Q-ELECTRIC LLC V. BRISAKI LLC
```