Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2007 NOV -1 AM 8:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ LO _____ DEPUTY

Q-ELECTRIC LLC,

vs

BRISAKI, LLC dba
AWESOMEBUGGY.COM
an Entity of Unknown Organization,
DOES 1 - 100.

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2093 JM        NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JAMES WM. BRAVOS, ESQ. ¶
State Bar No. 138097 ¶
2185 Sunset Cliffs Blvd. ¶
San Diego, CA 92107 ¶

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____          _____NOV - 1 2007_____
               CLERK                                      DATE

By   L O[SEAL]O   , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)