JAMES WM. BRAVOS, ESQ.
State Bar No. 138097
2185 Sunset Cliffs Blvd.
San Diego, CA 92107
(619) 222-3504
Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC,<br><br>    Plaintiff,<br><br>    v,<br><br>BRISAKI, LLC dba AWESOMEBUGGY.COM<br>an Entity of Unknown Organization,<br>DOES 1 - 100.<br><br>    Defendants. | Case No.: 07 CV 2093 JM NLS<br><br>AMENDMENT TO COMPLAINT TO NAME FICTITIOUSLY NAMED DEFENDANTS "DOES" |

Plaintiff hereby amends its complaint in the following manner:

1.    "SUNRIGHT, business form unknown", is to be substituted for "DOE-1", so that everywhere the defendant fictitiously named "DOE-1" appears, the complaint should  read "SUNRIGHT, business form unknown".

2.    Upon information and belief, defendant SUNRIGHT is a business entity of unknown organization and existing under the laws of the State of Georgia and having a mailing address of 225 Horizon Drive, Suwanee, GA 30024.

1

3. "DAVID WOO, an individual" is to be substituted for "DOE-2", so that everywhere the defendant fictitiously named "DOE-2" appears, the complaint should read "DAVID WOO, an individual."

4. Upon information and belief, defendant DAVID WOO is an individual and a resident of the State of Georgia.

5. "GK MOTORSPORTS business form unknown", is to be substituted for "DOE-3", so that everywhere the defendant fictitiously named "DOE-3" appears, the complaint should read "GK MOTORSPORTS, business form unknown".

6. GK MOTORSPORTS business entity of unknown organization and existing under the laws of the State of Oregon and having a mailing address of 1441 SW Chandler Suite 101, Bend, Oregon 97701.

7. "MICHAEL CUNNINGHAM an individual" is to be substituted for "DOE-4", so that everywhere the defendant fictitiously named "DOE-4" appears, the complaint should read "MICHAEL CUNNINGHAM, an individual."

8. Upon information and belief, defendant MICHAEL CUNNINGHAM is an individual and a resident of the State of Oregon.

9. "ZHIYAO ZHANG an individual" is to be substituted for "DOE-5", so that everywhere the defendant fictitiously named "DOE-5" appears, the complaint should read "ZHIYAO ZHANG, an individual."

10. ZHIYAO ZHANG is listed as agent for service of process with the California Secretary of State for XATV USA, INC. with an address in San Diego, San Diego County, California.

11. "XATV USA, INC., a California Corporation," is to be substituted for "DOE-6", so that everywhere the defendant

2

fictitiously named "DOE-6" appears, the complaint should read "XATV USA, INC., a California Corporation."

12.  "XATV USA, INC., a California Corporation with its principal place of business in San Diego, San Diego County, California.  Plaintiff is informed and believes that this is only an alter ego of ZHIYAO ZHANG.

13.  "SUZHOU HENGRUI IMP & EXP CO.,LTD, business form unknown" is to be substituted for "DOE-7", so that everywhere the defendant fictitiously named "DOE-7" appears, the complaint should read "SUZHOU HENGRUI IMP & EXP CO.,LTD, business form unknown."

14.  Plaintiff is informed and believes that SUZHOU HENGRUI IMP & EXP CO.,LTD is only an alter ego of ZHIYAO ZHANG.

15.  "SUZHOU INDUSTRIAL PARK YONGHE MOTORCYCLE MANUFACTURE CO.,  LTD, business form unknown," is to be substituted for "DOE-8", so that everywhere the defendant fictitiously named "DOE-8" appears, the complaint should read "SUZHOU INDUSTRIAL PARK YONGHE MOTORCYCLE MANUFACTURE CO.,  LTD, business form unknown."

16.  Plaintiff is informed and believes that SUZHOU INDUSTRIAL PARK YONGHE MOTORCYCLE MANUFACTURE CO., LTD, is only an alter ego of ZHIYAO ZHANG.

December 12, 2007

JAMES WM. BRAVOS, ESQ.

3