Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 19 PM 12: 46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

                                              DEPUTY

Q-ELECTRIC LLC

vs

BRISAKI, LLC dba
AWESOMEBUGGY.COM
an Entity of Unknown Organization,
DOES 1 - 100.

AMENDED
SUMMONS IN A CIVIL ACTION

Case No. 07 CV 2093 JM NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JAMES WM. BRAVOS, ESQ.
2185 Sunset Cliffs Blvd.
San Diego, CA 92107
(619) 222-3504

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 12/19/07 |
|---|---|
| CLERK | DATE |

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)