```
1  JAMES WM. BRAVOS, ESQ.
   State Bar No. 138097
2  2185 Sunset Cliffs Blvd.
   San Diego, CA 92107
3  (619) 222-3504
   Attorney for Plaintiff, Q-ELECTRIC LLC
4
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC, <br><br> Plaintiff, <br><br> v, <br><br> BRISAKI, LLC dba AWESOMEBUGGY.COM an Entity of Unknown Organization, DOES 1 - 100. <br><br> Defendants. | Case No.:07CV2093JM NLS <br><br> PLAINTIFF'S MOTION AND NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT TO NAME DOES |

PLEASE BE NOTICED that plaintiff will and hereby does move this Court for leave to amend their original Complaint, filed October 37, 2001, to name nine formerly fictitiously named "DOE" defendants of which the true names, capacities, or basis for liability of were formerly unknown to plaintiff.

The motion is made on the authority of The Rules of this Court 15(a) which provides that "a party may amend the party's pleading only by leave of court . . . and leave shall be freely given when justice so requires."

Respectfully submitted,

January 22, 2008

JAMES WM. BRAVOS, ESQ.

1