# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Q-ELECTRIC LLC, | CASE NO. 07 CV 2093 JM (NLS) |
|---|---|
| Plaintiff, vs. | **ORDER GRANTING LEAVE TO AMEND** |
| BRISAKI, LLC, et al., | |
| Defendant. | |

In this trademark infringement action, Plaintiff moves to amend its original complaint to name additional defendants. Plaintiff filed its original complaint on October 31, 2007. Defendant Brisaki filed an answer on November 30, 2007. Plaintiff filed an amended complaint without leave of court on December 18, 2007. Plaintiff filed the instant motion to amend on January 22, 2008. (Doc. no. 8.)

Under Federal Rule of Civil Procedure 15(a), a plaintiff may amend the complaint once as a matter of course before being served with a responsive pleading. Other amendments require the adverse party's written consent or the court's leave. Here, Plaintiff's November 30, 2007 amended complaint was not valid because Plaintiff failed to receive leave of court. Nevertheless, because "[t]he court should freely give leave when justice so requires," Fed. R. Civ. Proc. R. 15(a)(2), the court hereby **GRANTS** Plaintiff's motion to amend.

//

//

1 //

2  The Clerk is instructed to file Plaintiff's proposed first amended complaint (attached to the
3 motion to amend) as the First Amended Complaint, which shall be deemed filed on the date of this
4 order.

5  **IT IS SO ORDERED.**

6 DATED:  January 24, 2008

7 _____
Hon. Jeffrey T. Miller
8 United States District Judge

cc:  All parties