**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Q-ELECTRIC LLC,<br><br>    Plaintiff,<br>v.<br><br>BRISAKI, LLC dba<br>AWESOMEBUGGY.COM, an entity of<br>unknown organization, and DOES 1-100,<br><br>    Defendants. | Civil No.07cv2093 JM (NLS)<br><br>**ORDER SETTING ORDER TO SHOW CAUSE HEARING FOR FAILURE TO COMPLY WITH COURT'S ORDER AND SETTING CASE MANAGEMENT CONFERENCE** |

  An Early Neutral Evaluation Conference ("ENE") was scheduled for January 30, 2008 at 9:30 a.m. in this matter. Defendant's counsel, John Houkom, and a client representative of defendant Brisaki LLC, appeared in person for the conference. In violation of the Court's Notice and Order of December 4, 2007 [Doc. No. 5], Plaintiff did not lodge a confidential ENE statement with the Court. In further violation of the December 4, 2007 Order, neither Plaintiff or its counsel appeared at the ENE.

  Accordingly, **IT IS HEREBY ORDERED THAT**:

  1. On or before ***February 13, 2008***, Plaintiff's counsel shall file a Declaration outlining any justification for failing to comply with the Court's December 4, 2007 Order.

  2. On or before ***February 13, 2008***, Defendant's counsel shall submit a Declaration outlining any costs and fees incurred by defendant Brisaki LLC and its counsel to attend the January 30, 2008 ENE.

/ / /

3.   Plaintiff's counsel–specifically James William Bravos–shall appear **in person** for an Order to Show Cause (OSC) Hearing on *February 19, 2008* at *10:30 a.m.* before Magistrate Judge Stormes, and shall attempt to show cause why sanctions should not be imposed for failing to comply with the Court's December 4, 2007 Order.  Plaintiff's client representative shall be available by telephone standby.  Defendant Brisaki LLC's counsel may appear telephonically at the OSC hearing.

4.   The Court **SETS** a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b) for *February 19, 2008* at *10:30 a.m.*, to take place immediately following the OSC.

**IT IS SO ORDERED**.

DATED: January 30, 2008

*(signature)*
Hon. Nita L. Stormes
U.S. Magistrate Judge