Andres F. Quintana (SBN 190525)
John M. Houkom (SBN 203240)
**QUINTANA LAW GROUP**
A Professional Law Corporation
The Warner Center
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367
Telephone: (818) 914-2100
Facsimile: (818) 914-2101
Email: andres@qlglaw.com
       john@qlglaw.com

Attorneys for Defendant Brisaki, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BRISAKI, LLC dba AWESOMEBUGGY.COM, an Entity of Unknown Organization; DOES 1-100 | CASE NO. 07CV2093 JM (NLS)<br><br>**DEFENDANT BRISAKI, LLC'S STATEMENT OF COSTS AND EXPENSES INCURRED ATTENDING EARLY NEUTRAL EVALUATION ON JANUARY 30, 2008, IN SUPPORT OF REQUEST FOR SANCTIONS AT ORDER TO SHOW CAUSE HEARING**<br><br>Date:   February 19, 2008<br>Time:   10:30 a.m.<br>Dept.:  F<br><br>[Complaint Filed On November 1, 2007] |

Pursuant to the directions of the Honorable Magistrate Judge Nita Stormes at the Early Neutral Evaluation hearing held in Department F of the above-entitled court on January 30, 2008, Defendant Brisaki, LLC ("Defendant") hereby provides this statement of the costs and expenses incurred in attending that hearing:

I.   **Summary of Costs and Expenses.**

On January 30, 2008, the representative of Defendant Brisaki, LLC, and its counsel of record in his matter, John M. Houkom of the Quintana Law Group, APC, attended the scheduled Early Neutral Evaluation ("ENE") before the Honorable Magistrate Judge Nita Stormes. (Declaration of John M. Houkom ("Houkom Decl."), ¶2, attached hereto.) Neither the Plaintiff Q-Electric LLC, its counsel of record, nor any representative of Q-Electric LLC appeared at that session. (Houkom Decl., ¶3.)

To prepare for and attend the ENE (1) Defendant incurred attorneys fees for the preparation of Defendant's Early Neutral Evaluation Statement; (2) both Defendant's representative and counsel traveled by car to San Diego, from Tucson, Arizona and Woodland Hills, California, respectively; and, (3) paid for parking at the courthouse during the ENE conference.

II.   **Attorney Time Expended.**

The attorneys' fees incurred by Defendant attending the ENE fall into two categories: The time spent preparing for the ENE, including the preparation of the Defendant's Early Neutral Evaluation Statement; and, the time spent travelling to and from and attending the ENE session.

Mr. John M. Houkom, Esq., of the Quintana Law Group, APC, counsel of record for Defendant in this matter, spent a total of 4.0 hours preparing for the ENE, between consultation with Defendant and preparing the Early Neutral Evaluation Statement. (Houkom Decl., ¶5.) Mr. Houkom charges a standard hourly rate of one-hundred and eighty dollars per hour ($180.00/hour) to Defendant Brisaki, LLC in this case. (Houkom Decl., ¶4.)

Mr. Houkom also spent additional time on January 30, 2008, travelling to and from the ENE from Woodland Hills, California, by car, and attending the ENE. The trip to San Diego for the ENE took 2.8 hours, the appearance at the ENE took an additional 0.8 hours, and the travel by car back to Woodland Hills, California took an additional 3.6 hours. (Houkom Decl., ¶6.) The time spent on January 30, 2008 was also billed to Defendant Brisaki, LLC at a rate of one-hundred and eighty dollars per hour ($180.00/hour). (Houkom Decl., ¶4.)

Therefore, the total amount of attorney's fees incurred by Defendant Brisaki, LLC preparing for and attending the ENE was 11.2 hours, multiplied by the hourly rate of $180.00, for a total of two-thousand and sixteen dollars ($2,016.00).

### III. Distance Traveled.

Mr. Houkom travelled to and from Woodland Hills, California, to San Diego for the ENE, for a total of 290 miles (145 miles each way). (Houkom Decl., ¶7.) Counsel of record for Defendant charges $0.44 per mile for travel (Houkom Decl., ¶8), meaning that Defendant Brisaki, LLC incurred $127.60 in travel costs due to it's attorney of record appearing for the ENE.

Defendant Brisaki, LLC's corporate representative also attended the ENE, and traveled to that hearing by car from Tucson, Arizona. The round-trip distance driven by Defendant's representative was 814 miles (407 miles each way) (Houkom Decl., ¶9), which at the same rate of $0.44 per mile for wear-and-tear and fuel, means Defendant incurred $358.16 in additional travel costs.

### IV. Additional Costs.

The only additional hard expense incurred by Defendant in attending the ENE that the Defendant has been able to document to date is the cost of parking at the Courthouse during the ENE session.

As the Defendant's counsel and representative arrived in the same vehicle, there was only one charge for parking in the amount of $10.00. (Houkom Decl., ¶10.)

Quintana Law Group, APC

-3-

V.   Conclusion.

In total, Defendant Brisaki, LLC incurred two-thousand, five-hundred and eleven dollars and sixteen cents ($2,511.16) in costs and expenses attending the Early Neutral Evaluation before the Honorable Magistrate Judge Nita Stormes on January 30, 2008.

DATED: February 14, 2008         QUINTANA LAW GROUP
                                 A Professional Law Corporation


                         By: _____
                                 John M. Houkom
                                 Attorneys for Defendant Brisaki, LLC

## DECLARATION OF JOHN M. HOUKOM

I, John M. Houkom, declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and I am an attorney with the Quintana Law Group, APC, counsel of record for Defendant Brisaki, LLC in the above-captioned matter. I have first-hand, personal knowledge of the facts stated herein, and if called upon as a witness, could and would competently testify thereto. This declaration is made in support of Brisaki's Statement of Costs and Expenses Incurred Attending Early Neutral Evaluation.

2. On January 30, 2008, the representative of Defendant Brisaki, LLC, and I attended the scheduled Early Neutral Evaluation ("ENE") before the Honorable Magistrate Judge Nita Stormes.

3. Neither the Plaintiff Q-Electric LLC, its counsel of record, nor any representative of Q-Electric LLC appeared at that session.

4. My billable rate in this case is one-hundred and eighty dollars per hour ($180.00/hour).

5. I spent a total of 4.0 hours preparing for the ENE, between consultation with Defendant and preparing the Early Neutral Evaluation Statement, consisting of 1.1 hours on January 23, 2008, 2.5 hours on January 25, 2008, and 0.4 hours on January 28, 2008.

6. I also spent 7.2 on January 30, 2008, travelling to and from the ENE from Woodland Hills, California, by car, and attending the ENE. The trip to San Diego for the ENE took 2.8 hours, the appearance at the ENE took an additional 0.8 hours, and the travel by car back to Woodland Hills, California took an additional 3.6 hours.

7. I travelled to and from Woodland Hills, California, to San Diego for the ENE, for a total of 290 miles (145 miles each way).

8. My firm charges $0.44 per mile for travel.

9. Defendant Brisaki, LLC's corporate representative, Mr. David

Quintana Law Group, APC

-5-

1  Lankisch, also attended the ENE, and traveled to that hearing by car from Tucson,
2  Arizona. The round-trip distance driven by Defendant's representative was 814
3  miles (407 miles each way).
4      10.  Defendant also incurred $10.00 in parking costs at the Courthouse
5  during the ENE session.

7      I declare under penalty of perjury under the laws of the State of California
8  and the United States of America that the foregoing is true and correct.
9      Executed this 14th day of February, 2008, at Woodland Hills, California.

*[signature]*
John M. Houkom

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 21650 Oxnard Street, Suite 700, Woodland Hills, California 91367.

On November 30, 2007, I served the document described as

**DEFENDANT BRISAKI, LLC'S STATEMENT OF COSTS AND EXPENSES INCURRED ATTENDING EARLY NEUTRAL EVALUATION ON JANUARY 30, 2008, IN SUPPORT OF REQUEST FOR SANCTIONS AT ORDER TO SHOW CAUSE HEARING**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[ X ]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ X ]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on February 14, 2008 at Woodland Hills, California.

Beatriz Singleton

Quintana Law Group, APC

-7-

## SERVICE LIST

James Wm. Bravos, Esq.
Law Offices of James William Bravos
2185 Sunset Cliffs Blvd.
San Diego, CA 92107

Attorney for Plaintiff Q-Electric LLC