

1  DAVID A. EBERSOLE, ESQ.
   State Bar No. 128795
2  4666 Ramsay Ave.
   San Diego, CA 92122
3  (858) 622-1604

4  Attorney for Plaintiff, Q-ELECTRIC LLC

5
6
7
8
9                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA
10

11 Q-ELECTRIC LLC,                    )  Case No.:07CV2093JM NLS
                                      )
12      Plaintiff,                    )
                                      )  DECLARATION OF
13      v,                            )  ATTORNEY
                                      )
14                                    )
   BRISAKI, LLC dba AWESOMEBUGGY.COM, )
15 an Entity of Unknown Organization; )
   et al.                             )
16                                    )
                                      )
17      Defendants.                   )

18    I, JAMES WM. BRAVOS declare the following:

19    1. Attached is a true and correct copy of the ORDER OF THE
20 STATE BAR COURT which effectively made me ineligible to practice
21 law as of January 28, 2008.
22    2. On January 29, 2008 I informed John Wang who was my contact
23 with my client that I was unable to represent him at the hearing
24 scheduled for that same day.
25    3. I intended have an attorney appear on my behalf, however on
26 further thought I concluded that having an attorney appear on my
27 behalf would have been putting myself out as still practicing law.
28    4. I advised my client of the same and he has found other

1

counsel.

I declare under the penalty of perjury under the laws of the United States of America.

February 18, 2008

_____
JAMES WM. BRAVOS



FILED

JAN 11 2008

STATE BAR COURT
CLERK'S OFFICE
LOS ANGELES

S142430

## REVIEW DEPARTMENT OF THE STATE BAR COURT
## IN BANK

### IN THE MATTER OF **JAMES W. BRAVOS**

### A MEMBER OF THE STATE BAR OF CALIFORNIA

Under the authority of California Rules of Court, rule 9.10(b) respondent **JAMES W. BRAVOS, State Bar number 138097,** is suspended from the practice of law in this state effective January 28, 2008, pending proof of passage, since respondent has not passed the Multistate Professional Responsibility Examination within the time prescribed in the Supreme Court order filed June 13, 2006. (See *Segretti v. State Bar* (1976) 15 Cal.3d 878, 891, fn. 8; *In the Matter of Layton* (Review Dept. 1993) 2 Cal. State Bar Ct. Rptr. 366, 381, fn 9.)

_____
Presiding Judge

Order14.wpt