1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

12   Q-ELECTRIC, LLC,                          )   Case No.07cv2093 JM(NLS)
                                               )
13                          Plaintiff,         )
     v.                                        )   ORDER SETTING STATUS
14                                             )   CONFERENCE
     BRISASKI, LLC, an entity of unknown       )
15   organization doing business as            )
     Awesomebuggy.com, et al                   )
16                                             )
                            Defendants.        )
17   _____         )

18
19       Upon the Court's own motion, a Status Conference shall be convened in the chambers of the

20   Hon. Jeffrey T. Miller on *March 17, 2008 at 11:00 a.m.* All counsel are ordered to participate in this

     conference.
21
         IT IS SO ORDERED.
22
     DATED:  February 22, 2008
23
24                                                 _____
                                                   Hon. Jeffrey T. Miller
25                                                 United States District Judge
26
27
28