1  DAVID A. EBERSOLE, ESQ.
   State Bar No. 128795
2  4666 Ramsay Ave.
   San Diego, CA 92122
3  (858) 622-1604

4  Attorney for Plaintiff, Q-ELECTRIC LLC

5

6

7

8

9
                    UNITED STATES DISTRICT COURT
10                SOUTHERN DISTRICT OF CALIFORNIA

11  Q-ELECTRIC LLC,                    )  Case No.:07CV2093JM NLS
                                       )
12      Plaintiff,                     )
                                       )
13  v,                                 )  SUBSTITUTION OF
                                       )  ATTORNEYS
14                                     )
    BRISAKI, LLC dba AWESOMEBUGGY.COM, )
15  an Entity of Unknown Organization; )
    et al.                             )
16                                     )
                                       )
17      Defendants.                    )
                                       )

18   THE COURT AND ALL PARTIES ARE NOTIFIED THAT Q-ELECTRIC LLC
19  makes the following substitution:
20    1. Former legal representative JAMES WM. BRAVOS, ESQ. State Bar
21  No. 138097, 2185 Sunset Cliffs Blvd CA 92107, (619) 222-3504.
22    2. New legal representative DAVID A. EBERSOLE, ESQ., State Bar
23  No. 128795, 4666 Ramsay Ave., San Diego, CA 92122, (858) 622-1604
24    3.  I consent to this substitution:
25
26  January 29, 2008    _____
27                      Q-ELECTRIC LLC by, JOHN WANG
28    4.  I consent to this substitution:

                               1

```
 1  January 29, 2008    [signature]
                        JAMES WM. BRAVOS
 2
        5.  I consent to this substitution:
 3
    January 29, 2008    [signature]
 4                      DAVID A. EBERSOLE, ESQ.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```