1  DAVID A. EBERSOLE, ESQ.
   State Bar No. 128795
2  4666 Ramsay Ave.
   San Diego, CA 92122
3  (858) 622-1604

4  Attorney for Plaintiff, Q-ELECTRIC LLC

5

6

7

8

9
              UNITED STATES DISTRICT COURT
10         SOUTHERN DISTRICT OF CALIFORNIA

11 Q-ELECTRIC LLC,                    )  Case No.:07CV2093JM NLS
                                      )
12      Plaintiff,                    )  REQUEST TO ENTER DEFAULT
                                      )
13      v,                            )
                                      )
14 ZHIYAO ZHANG an individual; XATV   )
   USA, INC., a California            )
15 Corporation et al.                 )
                                      )
16      Defendants.                   )
                                      )
17 ─────────────────────────────────  )

18 TO: W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT,

19 SOUTHERN DISTRICT OF CALIFORNIA, Please enter default of

20 defendant(s), XATV USA, INC., a California Corporation, pursuant

21 to Rule 55(a) of the Federal Rules of Civil Procedure for failure

22 to plead or otherwise defend the above-captioned action as fully

23 appears from the court file herein and from the attached affidavit

24 of GREG ALEXANDER.

25

26 February 28, 2008
   San Diego, California

27                                    _____
                                      DAVID A. EBERSOLE, ESQ.

28

                          1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Q-ELECTRIC LLC,                    )
                                   )        Case No. 07CV2093JM NLS
        vs.                        )
                                   )        DECLARATION OF SERVICE
                                   )
                                   )        Person Served:
XATV USA, INC.  et al.             )        XATV USA, INC.
                                   )        Date Served:
                                   )

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:
AMENDED SUMMONS & FIRST AMENDED COMPLAINT
in the following manner: (check one)

1)              By personally delivering copies to the person served.

2)      x       By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3)              By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail), postage prepaid) copies to the person served at the place where the copies were left.

4)              By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at
                on FEB 7 , 20 0 8

Executed on        FEB 7 , 2008       at  7940  SILVERTON  AVE #107
                                          SAN DIEGO , CA , 92126

                                          4615  CONVOY ST
                                          SAN DIEGO, CA 92111

DAVID A. EBERSOLE, ESQ.
State Bar No. 128795
4666 Ramsay Ave.
San Diego, CA 92122
(858) 622-1604

Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Q-ELECTRIC LLC,                              )   Case No.:07CV2093JM NLS
                                             )
        Plaintiff,                           )   NOTATION OF DEFAULT
                                             )
    v,                                       )
                                             )
ZHIYAO ZHANG an individual; XAT             )
USA, INC., a California                      )
Corporation et al.                           )
                                             )
        Defendants.                          )
                                             )
_____          )

I, W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT,

SOUTHERN DISTRICT OF CALIFORNIA, do hereby certify that the

defendant has not filed an answer or otherwise moved with respec

to the complaint herein. The default of defendant, XATV USA, INC,

a California Corporation, is hereby noted pursuant to Rule 55(a)

of the Federal Rules of Civil Procedure.

dated:
San Diego, California

                                    _____
                                    SAMUEL HAMRICK, JR.
                                    CLERK OF COURT

                                    By:_____
                                    Deputy Clerk

1