1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| Q-ELECTRIC LLC, | CASE NO. 07 CV 2093 JM (NLS) |
|---|---|
| Plaintiff, | **ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| vs. | |
| BRISAKI, LLC, et al., | |
| Defendant. | |

Based on the parties' stipulation (Doc. no. 18), the court hereby grants the proposed substitution of attorney.

**IT IS SO ORDERED.**

DATED: March 5, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties