1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10
11

Q-ELECTRIC LLC,

CASE NO. 07 CV 2093 JM (NLS)

12

Plaintiff,

**ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

vs.

13

BRISAKI, LLC, et al.,

14

Defendant.

15
16

    Based on the parties' stipulation (Doc. no. 18), the court hereby grants the proposed

17

substitution of attorney.

18

    **IT IS SO ORDERED.**

19

DATED:  March 5, 2008

20

_____

Hon. Jeffrey T. Miller
United States District Judge

21
22

cc:      All parties

23
24
25
26
27
28

- 1 -

07cv2093