# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-Electric LLC<br><br>                              Plaintiff,<br><br>         vs<br><br>Brisaki LLC, et al<br><br>                             Defendant, | **Civil No.**    07cv2093-JM(NLS)<br><br>**DEFAULT** |

      It appears from the records in the above entitled action that Summons issued on the amended Complaint filed on 12/18/07 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

  XATV USA, INC.

**Entered On:**    3/7/08                              W. SAMUEL HAMRICK, JR., CLERK

                                         By:                      S/ T. Lee
                                                                Deputy