DAVID A. EBERSOLE, ESQ.
State Bar No. 128795
4666 Ramsay Ave.
San Diego, CA 92122
(858) 522-1604

Attorney for Plaintiff, Q-ELECTRIC LLC

Andres F. Quintana, Esq.
Quintana Law Group, APC
Warner Center Tower
21650 Oxnard Street, Suite 700
Woodland Hills, California 91367
(818) 914-2104

Attorney for Defendant, BRISAKI, LLC dba AWESOMEBUGGY.COM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| Q-ELECTRIC LLC, | Case No.: 07CV2093JM NLS |
|---|---|
| Plaintiff, | JOINT RULE 26(f) REPORT |
| v. | |
| BRISAKI, LLC dba AWESOMEBUGGY.COM an Entity of Unknown Organization, et al., | Action Filed: Oct. 31, 2007 |
| Defendants. | |

1. Pursuant to Federal Rule of Civil Procedure 26(f), the parties met and conferred on March 5, 2008 telephonically. In attendance were the attorneys as listed in the caption above. This is a trademark infringement case. Settlement discussions were productive as defendant agreed to provide sales figures and profit information on product under plaintiff's trademark sold.

2. Pre-Trial Discovery Disclosures: The parties agreed that they will exchange the information required by Federal Rule Civil

1

Procedure 26(a)(1) no later than fourteen (14) days after the Status Conference set for 3/17/2008 11:00 AM in Courtroom 16 before Judge Jeffrey T. Miller.

    3. Discovery Plan: The parties agreed that no changes should be made to the limitations on discovery imposed by the Federal Rules of Civil Procedure and Local Rules. The parties anticipate propounding written discovery, including document requests, interrogatory requests and requests for admission, as well as deposition discovery. Discovery may be reasonably completed by August 2008. Expert designation and expert disclosure by June 2008.

    a. Pursuant to Federal Rule of Civil Procedure 26(f)(2), the parties have each identified the subjects upon which they currently believe discovery will be needed. The Plaintiff has identified the following subjects:

1. The facts and circumstances leading up to and including the initial use of internet website postings and acquisition of gas powered vehicles bearing the mark "xATV";
2. The facts and circumstances leading up to and including the sale of gas powered vehicles bearing the mark "xATV";
3. The facts and circumstances related to any conversations and communications regarding Defendant's, and any third party's use of the "xATV" and/or "xATV USA" marks;
4. The facts and circumstances related to any profits from the sale of gas powered vehicles bearing the mark "xATV";
5. The facts and circumstances related to any inquires received by Defendant as a result of the advertising and posting for sale of gas powered vehicles bearing the mark "xATV" on its internet website;
6. The sources of DEFENDANT'S products; and,
7. The facts and circumstances related to Defendant's affirmative defenses to Plaintiff's

2

complaint.

b. Defendant has identified the following subjects:

1. The facts and circumstances leading up to and including the initial use of and acquisition of secondary meaning for the mark "xATV", both inside and outside the United States;
2. The facts and circumstances leading up to and including the initial use of and acquisition of secondary meaning for the mark "xATV USA", both inside and outside the United States;
3. The facts and circumstances related to any consumer confusion resulting from Plaintiff's, Defendant's, and any third party's use of the "xATV" and/or "xATV USA" marks;
4. The facts and circumstances related to any alleged injuries suffered by Plaintiff as a result of the acts alleged in the Complaint;
5. The facts and circumstances related to any alleged profits earned by Defendant as a result of the acts alleged in the Complaint;
6. The sources of Plaintiff's products; and,
7. The facts and circumstances related to Defendant's affirmative defenses to Plaintiff's claims.

4. Parties will be prepared for trial by November 15, 2008. Trial length for this particular defendant is estimated as one day. Defendant has demanded a jury in its ANSWER. The parties have not discussed or reached a joint position on a trial before a magistrate judge.

5. Defendant reserves right to make motions for Judgment on the Pleadings and for Summary Judgment. Furthermore defendant may request a protective order on confidential information on financial documents which it may produce.

dated 3/10/08     /s/ David Ebersole, atty for D

DAVID A. EBERSOLE, ESQ.
State Bar No. 128795
4666 Ramsey Ave.
San Diego, CA 92122

3

1  (825) 622-1614
2  Attorney for Plaintiff, Q-ELECTRIC LLC
3
4  Dated /s/ _____ March 10, 2008
5  Andres F. Quintana, Esq.
   Quintana Law Group, APC
6  Warner Center Tower
   21650 Oxnard Street, Suite 700
7  Woodland Hills, California 91367
   (818) 914-2100
8
9  Attorney for Defendant, BRISAKI, LLC dba AWESOMEBUGGY.COM

4