DAVID A. EBERSOLE, ESQ.
State Bar No. 128795
4666 Ramsay Ave.
San Diego, CA 92122
(858) 622-1604

Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC,<br><br>    Plaintiff,<br><br>    v,<br><br>ZHIYAO ZHANG an individual; XATV USA, INC., a California Corporation et al.<br><br>    Defendants. | Case No.:07CV2093JM NLS<br><br>REQUEST TO ENTER DEFAULT |

TO: W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT,

SOUTHERN DISTRICT OF CALIFORNIA, Please enter default of

defendant(s), ZHIYAO ZHANG, an individual, pursuant to Rule 55(a)

of the Federal Rules of Civil Procedure for failure to plead or

otherwise defend the above-captioned action as fully appears from

the court file herein and from the attached affidavit of PAUL

SHIKE.

San Diego, California                \S\ DAVID EBERSOLE, ESQ
                                         attorney for plaintiff

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Q-ELECTRIC LLC,

vs.

ZHIYAO ZHANG an individual et

Case No: 07CV2093JM NLS

**DECLARATION OF SERVICE**

Person Served:
*ZHIYAO ZHANG*
Date Served:
*February 17, 2008*

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

In the following manner: (check one)

1) ✓     By personally delivering copies to the person served.

2)     By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3)     By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)     By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at
    on     , 20

Executed on *February 17* , 2008     at INDIANAPOLIS, IN

*[signature]*

GE\DMA\RCDOCS\WORDPERFECT\D\436812 May 5, 1999 (10:01am)

1   DAVID A. EBERSOLE, ESQ.
    State Bar No. 128795
2   4666 Ramsay Ave.
    San Diego, CA 92122
3   (858) 622-1604

4   Attorney for Plaintiff, Q-ELECTRIC LLC

5

6

7

8

9                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11  Q-ELECTRIC LLC,                     )   Case No.:07CV2093JM NLS
                                        )
12        Plaintiff,                    )   NOTATION OF DEFAULT
                                        )
13        v,                            )
                                        )
14  ZHIYAO ZHANG an individual; XAT     )
    USA, INC., a California             )
15  Corporation et al.                  )
                                        )
16        Defendants.                   )
                                        )
17  _____

    I, W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT,
18
    SOUTHERN DISTRICT OF CALIFORNIA, do hereby certify that the
19
    defendant has not filed an answer or otherwise moved with respec
20
    to the complaint herein. The default of defendant, ZHIYAO ZHANG,
21
    an individual is hereby noted pursuant to Rule 55(a) of the
22
    Federal Rules of Civil Procedure.
23

24
    dated:
25  San Diego, California
                                    SAMUEL HAMRICK, JR.
26                                  CLERK OF COURT

27                                  By:_____
                                    Deputy Clerk
28

                                 1