# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-Electric LLC<br><br>                                   Plaintiff,<br><br>vs<br><br>Brisaki LLC, et al.<br><br>                                   Defendant, | **Civil No.**   07cv2093-JM(NLS)<br><br>**DEFAULT** |

It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 1/24/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

Zhiyao Zhang

**Entered On:**     3/12/08                                                W. SAMUEL HAMRICK, JR., CLERK

                                                              By:            S/ T. Lee
                                                                                 Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-Electric LLC<br><br>                                   Plaintiff,<br><br>vs<br><br>Brisaki LLC, et al.<br><br>                                   Defendant, | **Civil No.**   07cv2093-JM(NLS)<br><br>**DEFAULT** |

    It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 1/24/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

  Zhiyao Zhang

**Entered On:**   3/12/08                                                      W. SAMUEL HAMRICK, JR., CLERK

                                                                  By:   _____S/ T. Lee_____
                                                                                    Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-Electric LLC<br><br>                                    Plaintiff,<br><br>vs<br><br>Brisaki LLC, et al.<br><br>                                    Defendant, | **Civil No.**     07cv2093-JM(NLS)<br><br>**DEFAULT** |

    It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 1/24/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

Zhiyao Zhang

**Entered On:**     3/12/08                                         W. SAMUEL HAMRICK, JR., CLERK

                                                          By:           S/ T. Lee
                                                                          Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-Electric LLC<br><br>                                       Plaintiff,<br><br>vs<br><br>Brisaki LLC, et al.<br><br>                                       Defendant, | **Civil No.**   **07cv2093-JM(NLS)**<br>**DEFAULT** |

    It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 1/24/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

  Zhiyao Zhang

**Entered On:**   3/12/08                                                     W. SAMUEL HAMRICK, JR., CLERK

                                                    By:             S/ T. Lee
                                                                     Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-Electric LLC<br><br>                                    Plaintiff,<br><br>vs<br><br>Brisaki LLC, et al.<br><br>                                    Defendant, | **Civil No.**    07cv2093-JM(NLS)<br><br>**DEFAULT** |

    It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 1/24/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

  Zhiyao Zhang

**Entered On:**    3/12/08                                                    W. SAMUEL HAMRICK, JR., CLERK

                                                By:                    S/ T. Lee
                                                                     Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-Electric LLC<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>vs<br><br>Brisaki LLC, et al.<br><br>　　　　　　　　　　　　　　　Defendant, | **Civil No.**　　07cv2093-JM(NLS)<br><br>**DEFAULT** |

　　　It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 1/24/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

　　Zhiyao Zhang

**Entered On:**　　3/12/08　　　　　　　　　　　　　W. SAMUEL HAMRICK, JR., CLERK

　　　　　　　　　　　　　　　　　By:　　　　　　S/ T. Lee
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-Electric LLC<br><br>                                                      Plaintiff,<br><br>vs<br><br>Brisaki LLC, et al.<br><br>                                                      Defendant, | **Civil No.**    **07cv2093-JM(NLS)**<br><br>**DEFAULT** |

     It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 1/24/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

  Zhiyao Zhang

**Entered On:**    3/12/08                                        W. SAMUEL HAMRICK, JR., CLERK

                                                   By:            S/ T. Lee

                                                                        Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-Electric LLC<br><br>                                      Plaintiff,<br><br>vs<br><br>Brisaki LLC, et al.<br><br>                                      Defendant, | **Civil No.**     07cv2093-JM(NLS)<br>**DEFAULT** |

   It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 1/24/08 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

   Zhiyao Zhang

**Entered On:**    3/12/08                                    W. SAMUEL HAMRICK, JR., CLERK

                                       By:        S/ T. Lee
                                                   Deputy