**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Q-ELECTRIC, LLC. | Case No.: 07CV2093JM NLS |
| Plaintiff, | **DECLARATION OF SERVICE** |
| vs. | |
| BRISAKI, LLC dba AWESOMEBUGGY.COM, an entity of Unknown Organization, et al. and DOES 26 – 100. | |
| Defendants | |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action, that I served the above named person the following documents:

**Plaintiffs Opposition To Ex Parte Application, Declaration of Greg Alexander, Declaration of James William Bravos, Declaration of David A. Ebersole**

In the following manner:

BY MAIL: By placing a copy in a separate envelope, with postage fully prepaid for each address named below and depositing in the U.S. Mail at San Diego, California

On April 2, 2008

Executed on April 2, 2008 at San Diego, California

Andres F. Quintana
John Houkom
Quintana Law Group
21650 Oxnard Street, Ste. 700
Woodland Hills, California 91367