David A. Ebersole #128795
4666 Ramsay Avenue
San Diego, CA 92122
(858) 622-1604
Email: eberlaw@san.rr.com

Attorney for Plaintiff Q-EELECTRIC, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC, LLC. <br><br> Plaintiff, <br><br> vs. <br><br> BRISAKI, LLC dba AWESOMEBUGGY.COM, an entity of Unknown Organization, et al. and DOES 26 100. <br><br> Defendants | Case No.: 07CV2093JM NLS <br><br> DECLARATION OF GREG ALEXANDER IN SUPPORT OF OPPOSITION TO APPLICATION FOR FURTHER SANCTIONS, A FINDING OF CONTEMPT OF COURT AND DISMISSAL OF PLAINTIFF'S CLAIMS |

I, Greg Alexander, declare and state as follows:

1. I am the Chief Financial Officer for Plaintiff Q-ELECTRIC, LLC. I have first-hand Personal knowledge of the facts stated herein, and if called as a witness, could and would competently testify thereto. This declaration is made in support of Plaintiff's opposition to Defendant Brisaki, LLC's Ex Parte Application To Set An OSC Re: Further Sanctions For April 4, 2008.

2. In January 2007 Q-ELECTRIC, LLC commenced development of a line of "dune buggies". The basic product is imported from China. Plaintiff takes the basic product and expends great amounts of time, energy and money on multiple field tests and subsequent series of technical and engineering improvements to ensure that the content of its product line

- 1 -

performs well and is of the very highest standard and of superior quality. Plaintiff developed a 400cc engine model which was the first dune buggy to be powered by a Yamaha factory engine.

3. Throughout the year 2007 plaintiff spent in excess of $800,000.00 to develop its dune buggies and to market and advertise the XATV USA name through its website, tradeshows and direct contact with potential sellers of its products.

4. On November 15, 2006 plaintiff duly registered the domain name"XATVUSA.COM" and at all times relevant herein plaintiff has continued to own and use its domain name. Plaintiff conducts a large part of its business activities through its website: WWW.XATVUSA.COM.

5. On all of the vehicles manufactured in plaintiff's product line the name "XATVUSA.COM" is clearly and prominently embossed on the engine cover. The name "XATVUSA.COM" is also displayed on other parts of the buggy vehicle.

6. On or about September 2007 defendant ZHIYAO ZHANG forged consignment documents at the point of destination on the West coast and was able to have a shipment of some 400 of plaintiff's 400cc buggies shipped to a facility located in Texas. I am informed and believe that the facility is that of defendant UNIQUE LOGISTICS,

7. These Buggies were not of the same quality as plaintiff's product as plaintiff had no opportunity to make the technical and engineering improvements to these vehicles before they were placed into the stream of commerce. Each of one of these buggies has the name "XATVUSA.COM" clearly and prominently embossed on the engine cover and that name is also located on other parts of the vehicle.

7. Defendant UNIQUE LOGISTICS began distributing buggies from the stolen shipment at a greatly reduced price and retailers including Defendant BRISAKI, LLC dba AWESOMEBUGGY.COM began selling the buggies at a price that was roughly one-half of the price advertised by Q-ELECTRIC, LLC.

8. As a result of the foregoing, Q-ELECTRIC, LLC did not make sales and could not recoup its investments in the product.

9. As a further result of the foregoing, over the last 90 days the average daily balance in the bank account of Q-ELECTRIC, LLC has been less than $300.00 and Q-ELECTRIC, LLC is currently unable to pay the $2,511.16 in sanctions ordered by the court on February 20, 2008.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and information stated on information and belief is to the best of my
3  knowledge.
4  Executed April 2, 2008 at Encinitas, CA

Greg Alexander

- 3 -

Case 3:07-cv-02093-JM-NLS   Document 30   Filed 04/02/2008   Page 3 of 3