DAVID A. EBERSOLE, ESQ.
State Bar No. 128795
4666 Ramsay Ave.
San Diego, CA 92122
(858) 622-1604

Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| Q-ELECTRIC LLC, | ) Case No.: 07CV2093JM NLS |
|---|---|
| Plaintiff, | ) DECLARATION OF ATTORNEY |
| v. | ) |
| BRISAKI, LLC dba AWESOMEBUGGY.COM an Entity of Unknown Organization, DOES 1 - 100. | ) |
| Defendants. | ) |

DECLARATION OF ATTORNEY

I, DAVID A. EBERSOLE, ESQ. declare the following:

1. I am the attorney of record for the plaintiff in the above captioned matter.

2. I have offered to defendant's counsel on my client's behalf to dismiss defendant without prejudice in a further effort to prevent defendant from bringing this ex parte application.

I declare under the penalty of perjury under the Laws of the United States of America

April 2, 2008            \s\ David A. Ebersole

1

```
 1  DAVID A. EBERSOLE, ESQ.
    State Bar No. 128795
 2  4666 Ramsay Ave.
    San Diego, CA 92122
 3  (858) 622-1604

 4  Attorney for Plaintiff, Q-ELECTRIC LLC
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC,<br><br>    Plaintiff,<br><br>v,<br><br>BRISAKI, LLC dba AWESOMEBUGGY.COM an Entity of Unknown Organization, DOES 1 – 100.<br><br>    Defendants. | Case No.:07CV2093JM NLS<br><br>DECLARATION OF WITNESS |

I, JAMES WM. BRAVOS declare the following:

1. I am aware of the sanctions imposed upon myself by this court. I have noticed this court of my suspension until I pass the MPRE. Said suspension has prevented me from earning an income, and as such, with my current position as a single father of five (5) minor children, has left me unable to pay the imposed sanction.

2. On or about March 5, 2008 I had a telephonic conference on behalf of Mr. Ebersol's office, as a clerk or paralegal with Mr. Quintana in the presence of Mr. Eberol in which the joint rule 26 conference report ws discussed. During that conversation, Mr.

1

1. Quintana represented that he would provide the defendant's sales
2. figures of plaintiff's trade-marked product on the next monday,
3. March 7, 2008. Such figures were to assure plaintiff that the
4. sales of his trade-marked product were insignificant. Upon
5. receipt of those figures, plaintiff was to dismiss defendant from
6. this action. Rather than producing the figures as promised,
7. defendant began his threats of terminating sanctions.
8.     I declare under the penalty of perjury under the Laws of the
9. United States of America
10.
11. April 2, 2008                              JAMES WM. BRAVOS

2