**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Q-ELECTRIC LLC,<br><br>           Plaintiff,<br>v.<br><br>BRISAKI, LLC dba<br>AWESOMEBUGGY.COM, an entity of<br>unknown organization, et al.,<br><br>           Defendants. | Civil No.07cv2093 JM (NLS)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO SET AN OSC RE: FURTHER SANCTIONS AND SETTING SECOND OSC HEARING**<br><br>[Doc. No. 27] |

      On February 19, 2008, this Court held an Order to Show Cause (OSC) hearing to show cause why sanctions should not be imposed against Plaintiff Q-Electric for failure to comply with the Court's December 4, 2007 Order noticing an Early Neutral Evaluation Conference (ENE). The Court imposed sanctions jointly and severally against Plaintiff and its former attorney James William Bravos in the amount of $2,511.16. Neither Plaintiff nor Mr. Bravos has paid the sanctions.

      On April 1, 2008 Brisaki LLC filed an ex parte application to set an OSC for further sanctions. The next day Q-Electric filed an opposition. At a telephonic case management conference on April 4, 2008, the Court discussed with counsel and parties the failure to pay the sanctions and the ex parte application. For good cause shown, the Court **GRANTS** Defendant's ex parte application and **SETS** an OSC hearing regarding further sanctions, including for the possible termination of Plaintiff's claims, for *<u>April 22, 2008 at 2:30 p.m.</u>  This Court requires the personal appearance of John Wang (President of Q-Electric), James William Bravos (former attorney for Q-Electric), Mr. Brisaki (Brisaki LLC's*

*client representative), and all counsel at the OSC.* The Court may take evidence at the OSC regarding Plaintiff's and Mr. Bravos' failure and inability to pay the sanctions already awarded.

If either party wishes to file a supplemental declaration in support of or in opposition to the Court's consideration of an award of further sanctions, they must do so by *__April 17, 2008__*.

**IT IS SO ORDERED.**

DATED: April 8, 2008

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge