1  David A. Ebersole, Esq. (SBN 128795)
   4666 Ramsay Avenue
2  San Diego, CA 92122
   Telephone: (858) 622-1604
3  Email: eberlaw@san.rr.com

4  Attorney for Plaintiff Q-Electric LLC

5

6  Andres F. Quintana (SBN 190525)
   John M. Houkom (SBN 203240)
   **QUINTANA LAW GROUP**
7  A Professional Law Corporation
   The Warner Center
8  21650 Oxnard Street, Suite 700
   Woodland Hills, California 91367
9  Telephone: (818) 914-2100
   Facsimile: (818) 914-2101
10 Email: andres@qlglaw.com
          john@qlglaw.com
11
   Attorneys for Defendant Brisaki, LLC
12

13              UNITED STATES DISTRICT COURT

14              SOUTHERN DISTRICT OF CALIFORNIA

15

16 Q-ELECTRIC LLC,                         )  CASE NO. 07CV2093 JM (NLS)
17        Plaintiff,                       )
                                           )  Assigned to: Hon. Jeffrey T. Miller
18     vs.                                 )  Courtroom: 16
                                           )
19 BRISAKI, LLC dba                        )
   AWESOMEBUGGY.COM, an Entity of          )  **STIPULATION FOR ENTRY OF
20 Unknown Organization;** *et al.*,       )  **ORDER DISMISSING COMPLAINT
                                           )  AGAINST BRISAKI, LLC WITH
21        Defendants.                      )  PREJUDICE**
                                           )
22                                         )
                                           )
23                                         )  Date Action Filed: November 1, 2007
                                           )
24                                         )
                                           )
25                                         )
                                           )
26 ─────────────────────────────           )
27
28

1  Plaintiff Q-Electric LLC, and Defendant Brisaki, LLC, all of the parties in this
2  case to which the instant stipulation pertains, by and through their respective counsel
3  of record, hereby stipulate that:
4     1.   The parties request that the Court enter the Dismissal with
5  Prejudice in the form lodged concurrently herewith.

7  IT IS SO STIPULATED AND AGREED TO, BY AND BETWEEN:

9  Dated: _April 8, 2008_           David A. Ebersole, Esq.

11 By: _/s/ David A. Ebersole_
   David A. Ebersole
12 Attorney for Plaintiff
   Q-Electric LLC

14 Dated: _April 8, 2008_           QUINTANA LAW GROUP, APC

16 By: _/s/ John M. Houkom_
17 John M. Houkom
   Attorney for Defendant
18 Brisaki, LLC

-2-