DAVID A. EBERSOLE, ESQ.
State Bar No. 128795
4666 Ramsay Ave.
San Diego, CA 92122
(858) 622-1604

Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| Q-ELECTRIC LLC, | Case No.: 07CV2093JM NLS |
|---|---|
| Plaintiff, | REQUEST TO ENTER DEFAULT JUDGMENT BY CLERK |
| v, | |
| ZHIYAO ZHANG an individual; XATV USA, INC., a California Corporation et al. | |
| Defendants. | |

TO: W. SAMUEL HAMRICK, JR.; CLERK, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, Please enter default of defendant(s), ZHIYAO ZHANG, an individual, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of JOHN WANG. Good Cause exists to enter a default judgment and against defendant, ZHIYAO ZHANG, an individual in and amount of $ 755,280.00

San Diego, California                \S\ DAVID EBERSOLE, ESQ
                                        attorney for plaintiff

1

```
 1  DAVID A. EBERSOLE, ESQ.
    State Bar No. 128795
 2  4666 Ramsay Ave.
    San Diego, CA 92122
 3  (858) 622-1604

 4  Attorney for Plaintiff, Q-ELECTRIC LLC
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC, | Case No.: 07CV2093JM NLS |
| Plaintiff, | NOTATION OF DEFAULT JUDGMENT BY CLERK |
| v, | |
| ZHIYAO ZHANG an individual; XAT USA, INC., a California Corporation et al. | |
| Defendants. | |

I, W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, do hereby certify that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default judgment of defendant, ZHIYAO ZHANG, an individual is hereby noted pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure in the amount of $ 755,280.00

dated:
San Diego, California

SAMUEL HAMRICK, JR.
CLERK OF COURT

By:_____
Deputy Clerk

1