

You are currently viewing Gmail in basic HTML. Switch to standard view

xatv.doc@gmail.com | Settings | Help | Sign out

Search Mail | Search the Web | Show search options

Compose Mail
Inbox (3)
Starred
Sent Mail
Drafts
All Mail
Spam
Trash
Contacts
Labels

« Back to Inbox | Archive | Report Spam | Delete | More Actions... | Go

‹ Newer **22** of **23** Older ›

Expand all | Print | New window

# EX 1 Inbox

**John Wang** Fri, Mar 14, 2008 at 11:28 AM
**John Wang** <jwangusa@gmail.com> Fri, Mar 14, 2008 at 11:31 AM
To: J D <xatv.doc@gmail.com>

Reply | Reply to all | Forward | Print | Delete | Show original

---------- Forwarded message ----------
From: **MR.ZHANG** <YHZ51523@pub.sz.jsinfo.net>
Date: Tue, Oct 24, 2006 at 2:04 AM
Subject: DHL invoice
To: John Wang <jwangusa@gmail.com>

Dear wang :

pls see attached is the DHL expresee charge invoice .

this dhl charge is for the E-atv 260 and 50atv we sent to you last month .

another attachment is our bank account for usd .you could transfer the money to us .this charge could exchange to 3000 USD .

REGARDS

SUZHOU YONGHE

- Show quoted text -

**invoice for the sample to US by DHL.jpg**
196K View Scan and download

**Quick Reply**

**To:** John Wang <jwangusa@gmail.com> | More Reply Options




Use **Google Desktop** to access your Gmail messages even when you're offline.

**You are currently using 15 MB (0%) of your 6539 MB**

Gmail view: standard | **basic HTML** Learn more

©2007 Google - Terms - Gmail Blog - Google Home

SUZHOU INDUSTRIAL PARK YONGHE MOTORCYCLE MANUFACTURE CO，LTD
Yue Hu Road 1880, Suzhou, China
Tel: 86-512-65648690
Fax: 86-512-65646360

## COMMERCIAL INVOICE

TO: Q-Global.Inc

Tel: 760-479-1888x102
Fax:760-632-7232
FROM: Shanghai

NO.: YH-US-060918
Date:2006.9.24
L/C No:
Contract: YH-US-060918
TO: Chicago ,USA

| Shipping Marks: | Description | Q'TY | Unit Price FOB ShangHai | Amount: |
|---|---|---|---|---|
| | 50CC GOKART | 1 PCS | USD 280 | USD 280 |
| N/M | 50ATV | 1 PCS | USD 250 | USD 250 |
| | ELECTRIC ATV260 | 1 PCS | USD1750 | USD1750 |

TOTAL USD DOLLARS TWO THOUSAND TWO HUNDRED AND EIGHTY ONLY.

TOTAL: USD2280

For and on behalf of
Suzhou Industrial Park Yonghe Motorcycle Manufacture Co. Ltd

Authorized signature

DHL 中外运敦豪

DHL - SINOTRANS SUZ BRANCH

ADD 225 Xinhua Street Suzhou

中外运－敦豪国际航空快件有限公司苏州分公司通用发票

发票联

INVOICE

发票代码: 232970640061

发票号码: 00064440

| | | | |
|---|---|---|---|
| 客户 (CLIENT) | Q-GLOBAL, INC | 日期 (DATE) | 30/09/2006 |
| 路区 (ROUTE) | ZUBM | 客户帐号 (CLIENT A/C) | 800995283 |

| 项目 (ITEM) | |
|---|---|
| 九月国际航空快件费 | SUZ050017 |
| 合计 (大写) TOTAL (IN WORDS) 人民币(大写)贰万肆仟元整 | 合计 TOTAL RMB24000.00 |

329710
X08196669
发票专用章

JJY

○ 请于发票后七日内，将款项汇入本公司帐户
Kindly pay in cash or make cheque payable to DHL - SINOTRANS LTD within seven days

○ 开户银行: 中国银行苏州工业园区支行
(Bank of China Suzhou Industry Park branch)
帐号 (Account No) RMB 412-075930018092001

第二联 发票联