

You are currently viewing Gmail in basic HTML.   **Switch to standard view**

**xatv.doc@gmail.com** | Settings | Help | Sign out

[ Search Mail ]  [ Search the Web ]   Show search options

**Compose Mail**

**Inbox (3)**

Starred ⭐

Sent Mail

Drafts

All Mail

Spam

Trash

**Contacts**

Labels

**« Back to Inbox**   [ Archive ]   [ Report Spam ]   [ Delete ]     ‹ **Newer** 20 of 23
                                                                        Older ›

More Actions...   ·   [ Go ]                                           🖨 Print   📲 New window

## EX 2   Inbox

☆  **John Wang** <jwangusa@gmail.com>                      Fri, Mar 14, 2008 at 12:05 PM
To: J D <xatv.doc@gmail.com>

Reply | Reply to all | Forward | Print | Delete | Show original

---------- Forwarded message ----------
From: **John Wang** <jwangusa@gmail.com>
Date: Tue, Jan 9, 2007 at 5:38 PM
Subject: XATV
To: Macdowell Jenny <jmacdowellusa@gmail.com>


Z,

Task completed:
1. New telephone # 877-XATVUSA (877-928-8872) will be activate on Feb 1, 07
2. Monthly office located by Yamaha USA for $300 per month, $600 at the time of move in.
3. New Go-Cart research and blue print purchased 12/27/06.
4. Design company started the camouflage project (see photos), it has been stop.
5. Booth layout design started (can be complete if you desire).
6. Go-Cart design completed.
7. X-250 ATV will be on display at the ATA show in Atlanta Jan.18-20
http://www.archerytrade.org/tradeshow07/index.html
8. Obtain booth space for XATV at a show that has featured over 30 styles of China made gas
vehicles  http://www.nationwideprimetime.com/  Feb. 11-14.

 Need answers for the below:
1. Our customers are waiting for the E-ATV 2nd gear (13 sets), when will they be ship?
2. Parts to repair the samples?
3. Mini ATV sample?
4. Cage to trailer sample?

We need your cooperation just like you wish for ours.




--
John Wang
Tel:  760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com



--
John Wang
Tel: 760-479-1888 X106
Cell: 858-472-1520

john@qelectric.com
jwangusa@gmail.com

**Quick Reply**

**To:** John Wang <jwangusa@gmail.com>



[More Reply Options]

[Send] [Save Draft]  ☑ Include quoted text with reply

**« Back to Inbox**  [Archive]  [Report Spam]  [Delete]                    ‹ **Newer** 20 of 23
More Actions...  · [Go]                                                                          **Older ›**

Use the search box or **search options** to find messages quickly!
**You are currently using 15 MB (0%) of your 6539 MB**

Gmail view: standard | **basic HTML**  Learn more
©2007 Google - Terms - Gmail Blog - Google Home



**You are currently viewing Gmail in basic HTML.  Switch to standard view**

xatv.doc@gmail.com | Settings | Help | Sign out

Search Mail    Search the Web    Show search options

**Compose Mail**

**Inbox (3)**

**Starred** ⭐

**Sent Mail**

**Drafts**

**All Mail**

**Spam**

**Trash**

**Contacts**

Labels

« Back to Inbox    Archive    Report Spam    Delete

More Actions...    ·    Go

‹ Newer 19 of 23

Older ›

🖨 Print    📑 New window

**Ex 2**  Inbox

⭐ **John Wang** <jwangusa@gmail.com>
To: J D <xatv.doc@gmail.com>

Fri, Mar 14, 2008 at 12:07 PM

Reply | Reply to all | Forward | Print | Delete | Show original

---------- Forwarded message ----------
From: **John Wang** <jwangusa@gmail.com>
Date: Tue, Jan 9, 2007 at 6:00 PM
Subject: Fwd: XATV
To: Zhang ATV <yhz51523@pub.sz.jsinfo.net>

---------- Forwarded message ----------
From: **John Wang** <jwangusa@gmail.com>
Date: Jan 9, 2007 4:38 PM
Subject: XATV
To: Macdowell Jenny <jmacdowellusa@gmail.com>

Z,

Task completed:
1. New telephone # 877-XATVUSA (877-928-8872) will be activate on Feb 1, 07
2. Monthly office located by Yamaha USA for $300 per month, $600 at the time of move in.
3. New Go-Cart research and blue print purchased 12/27/06.
4. Design company started the camouflage project (see photos), it has been stop.
5. Booth layout design started (can be complete if you desire).
6. Go-Cart design completed.
7. X-250 ATV will be on display at the ATA show in Atlanta Jan.18-20
http://www.archerytrade.org/tradeshow07/index.html
8. Obtain booth space for XATV at a show that has featured over 30 styles of China made gas vehicles  http://www.nationwideprimetime.com/  Feb. 11-14.

 Need answers for the below:
1. Our customers are waiting for the E-ATV 2nd gear (13 sets), when will they be ship?
2. Parts to repair the samples?
3. Mini ATV sample?
4. Cage to trailer sample?

We need your cooperation just like you wish for ours.

--
John Wang
Tel:  760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com

jwangusa@gmail.com


--
John Wang
Tel:  760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com


--
John Wang
Tel: 760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com

**Quick Reply**

**To:**  John Wang <jwangusa@gmail.com>        More Reply Options



Send    Save Draft    Include quoted text with reply

**« Back to Inbox**    Archive    Report Spam    Delete        **‹ Newer** 19 of **23**
More Actions...    · Go                                        **Older ›**

Use **Google Desktop** to access your Gmail messages even when you're offline.
**You are currently using 15 MB (0%) of your 6539 MB**
Gmail view: standard | **basic HTML**  Learn more
©2007 Google - Terms - Gmail Blog - Google Home