

You are currently viewing Gmail in basic HTML.   Switch to standard view

xatv.doc@gmail.com | Settings | Help | Sign out

Search Mail      Search the Web      Show search options

**Compose Mail**

**Inbox (3)**
**Starred** ⭐
Sent Mail
Drafts
All Mail
Spam
Trash

**Contacts**

Labels

« **Back to Inbox**     Archive     Report Spam     Delete            ‹ **Newer** 18 of 23

More Actions...  ·  Go                                              **Older ›**

🖶 Print   New window

## EX 3 X-Rover Graphics   Inbox

☆ **John Wang** <jwangusa@gmail.com>                    📎 Fri, Mar 14, 2008 at 12:12 PM
To: J D <xatv.doc@gmail.com>

Reply | Reply to all | Forward | Print | Delete | Show original

---------- Forwarded message ----------
From: **John Wang** <jwangusa@gmail.com>
Date: Thu, Jan 11, 2007 at 5:16 PM
Subject: X-Rover Graphics
To: Zhang ATV <yhz51523@pub.sz.jsinfo.net>


Zhang,

Red Chassis

Required the addition of three sheet metal or plastic plates to add graphics to.

One on each side of the rear

On at the top font and center ( this will also act as a sun shield).

Please keep this design confidential.

I am working hard to make the Yamaha project variable, can you do the same for us.
-------  Need the 2nd gear for the E-ATV------


--
John Wang
Tel:  760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com


--
John Wang
Tel: 760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com



**BuggyGraphics.jpg**
1759K <u>View</u> <u>Scan and download</u>

**Quick Reply**

**To:**  John Wang <jwangusa@gmail.com>



More Reply Options

Send      Save Draft      ☑ Include quoted text with reply

« **Back to Inbox**      Archive      Report Spam      Delete      ‹ **Newer** 18 of 23
Older ›

More Actions...    ▪  Go

Get new mail notifications. Download the **Gmail Notifier**.   Learn more

**You are currently using 15 MB (0%) of your 6539 MB**

Gmail view: <u>standard</u> | **basic HTML**   <u>Learn more</u>

©2007 Google - <u>Terms</u> - <u>Gmail Blog</u> - <u>Google Home</u>



**You are currently using 15 MB (0%) of your 6539 MB.**

Gmail view: standard | turn off chat | basic HTML  Learn more

©2007 Google - Terms - Gmail Blog - Google Home



**Gmail**  Calendar  Documents  Photos  Reader  Web  more ▼  xatv.doc@gmail.com | Settings | Older version | Help | Sign

Search Mail    Search the Web    Show search options
Create a filter

**Compose Mail**

The 2008 Lexus LX 570 - www.Lexus.com/LX - Ultra Low Emission Vehicle (ULEV) SponsoredLink  <

« Back to Inbox   Archive    Report Spam    Delete    More Actions    ‹ Newer 17 of 23 Olde

**Inbox (3)**

### EX 3 X-Rover Graphics 2  Inbox  X

New window
Print all

**Starred**

**John Wan**  show details  Mar 14 (6 days ago)  |  Reply ⌄

Sponsored Links

**Chats**

---------- Forwarded message ----------
From: **John Wang** <jwangusa@gmail.com>
Date: Thu, Jan 11, 2007 at 5:18 PM
Subject: X-Rover Graphics 2
To: Zhang ATV <yhz51523@pub.sz.jsinfo.net>

**Huge Used Land Rover Sale**
Experts In Online Land Rover Sa
Models & Discounts Online Toda
www.ocpabi.com

**Sent Mail**

**Drafts**

**Range Rover Lease**
Starting at $656*/ mo. OAC
Zero Down Leases Available
www.luxuryautomobileleasing.co

**All Mail**

Zhang,

**Range Rover SUVs Dealer**
When Car Dealers Cut Prices to
Quotas — You Get Our Lowest F
LandRover.DealersClearingLots.

**Spam**

On at the top front and center ( this will also act as a sun shield).

Please keep this design confidential.

**Trash**

**Land Rover Auction Today**
Land Rover, BMWs, Mercedes, .
Bid & Buy Today 1-800-251-855
lapublicautoauction.com

**Graphic and Web Design**
All projects Creative and Origina
Whatever your design needs are
www.propperpromotion.com

-
John Wang
Tel:  760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com

**Contacts**

Chat

Search, add, or invite

**Quality Land Rover Parts**
Voted North America's first choic
for Land Rover Parts and Accesso
www.roverparkboys.com

john wong
Set status here

**Land Rover Price**
Get The Lease Of Your Dreams,
For Less Than You Could Imagin
LandRover.CarLeasingSecrets.c

Options    Add Contact

John Wang
Tel: 760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com

About these links

Labels

Edit labels

🗎 **xrover400Stickrs.pdf**
520K  View as HTML  Download

Invite a friend
Give Gmail to:

Reply    Forward    Invite John Wang to chat

Send Invite  50 left

Preview Invite

Archive    Report Spam    Delete

**« Back to Inbox**

More Actions

**‹ Newer** **17** of **23** **Olde**

**Call** and **instant message** your Gmail contacts for free using Google Talk.   Learn more

**You are currently using 15 MB (0%) of your 6539 MB.**

Gmail view: standard | turn off chat | basic HTML  Learn more

©2007 Google - Terms - Gmail Blog - Google Home



**Gmail**  Calendar  Documents  Photos  Reader  Web  more ▼    xatv.doc@gmail.com | Settings | Older version | Help | Sign

Search Mail    Search the Web    Show search options
Create a filter

**Compose Mail**

Unbelievable Price Banner - www.just4banners.com - Full Color Graphic banners-$2.00/ft Sponsored Link  <

« Back to Inbox   Archive    Report Spam    Delete    More Actions    ‹ Newer 13 of 23 Olde

**Inbox (3)**

### EX 3 Compilation of XATV Banners by Landslide    Inbox    X

New window
Print all

**Starred**

**John Wan**  show details  Mar 14 (6 days ago)  |  Reply ▾

Sponsored Links

**Chats**

---------- Forwarded message ----------
From: **John Wang** <jwangusa@gmail.com>
Date: Thu, Jan 18, 2007 at 9:21 PM
Subject: Fwd: Compilation of XATV Banners by Landslide
To: Zhang ATV <yhz51523@pub.sz.jsinfo.net>

**Budget Priced Banners**
Full Color Custom Banners
Free Ground Shipping
www.USASignCompany.com

**Sent Mail**

**Drafts**

**Custom Vinyl Banners**
Order Banners Online Now.
A1Decal Makes It Easy!
www.a1decal.com

**All Mail**

Zhang,

**Spam**

This shows how the parts will be put together. We recommend 3 different banners all 12 feet tall

**Signs & Banners**
Choose From A Variety Of Retai
Signs & Banners! Price, LED, &
www.GershelBros.com

**Trash**

Banner art is to scale

1 is 9.25 feet wide

**Need A New Or Better Sign**
We Got Whatever You Want
Repair Service Also Offered
RamsaySigns.com

2 is 10 feet wide

3 is 12 feet wide

**Wholesale Screen Printing**
Guaranteed Quality Results & Fa
We print on almost anything!
www.midwestinnovativeprinting.c

**Contacts**

--
John Wang
Tel:  760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com

**$1 for 30 days Banner Ad?**
Revolutionary way to advertise.
Don't miss out on this opportunity
www.trashbank.com

Chat

Search, add, or invite

john wong
Connecting in 3m..
Try now

We're experiencing technical difficulties that may prevent your chats from being sent.

**Seasonal Banners**
Wide selection of custom design
Quality Digital printed banners
www.allamericanchristmas.com

--
John Wang
Tel: 760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com

**Sign Innventions**
Looking for quality banners?
Banners, signs, logos & magnets
www.bannersquickly.com

Labels

Edit labels

About these links

Invite a friend
Give Gmail to:

📄 all.pdf
1242K  View as HTML   Download

Reply    Forward



Send Invite  50 left

<u>Preview Invite</u>

**« Back to Inbox**   Archive   Report Spam   Delete   More Actions   ‹ **Newer** 13 of 23 Olde

Visit <u>settings</u> to save time with **keyboard shortcuts**!

**You are currently using 15 MB (0%) of your 6539 MB.**

Gmail view: standard | <u>turn off chat</u> | <u>basic HTML</u>  <u>Learn more</u>

©2007 Google - <u>Terms</u> - <u>Gmail Blog</u> - <u>Google Home</u>



**Gmail**   Calendar   Documents   Photos   Reader   Web   more ▼   xatv.doc@gmail.com | Settings | Older version | Help | Sign

**Gmail**
BETA

[ Search Mail ]  [ Search the Web ]   Show search options
Create a filter

$2800 Patent Application - www.patent-application.us - Patent Attorney for over 15 Years    Sponsored Link   < 

**Compose Mail**

« Back to Inbox   [ Archive ]   [ Report Spam ]   [ Delete ]   [ More Actions ]     ‹ Newer  12 of 23  Olde

**Inbox (3)**

**EX 3 Patents**   Inbox   X                          New window

**Starred**                                                           Print all

**Chats**          John Wan  show details  Mar 14 (6 days ago)  |  Reply ‹        Sponsored Links

**Sent Mail**                                                        Free Patent Information
                   ---------- Forwarded message ----------          Patent Searches & Solutions.
**Drafts**         From: **John Wang** <jwangusa@gmail.com>          Former examiners. 1-800-4-Pate
                   Date: Mon, Jan 22, 2007 at 2:37 PM               www.LitmanLaw.com
                   Subject: Fwd: Patents
**All Mail**       To: Zhang ATV <yhz51523@pub.sz.jsinfo.net>, kelly wang   How To Write A Patent
                   <kellywangjia@yahoo.com>                          Do-It-Yourself Provisional Patent
**Spam**                                                            with our FREE course.
                                                                     www.PatentDVD.com
**Trash**          ---------- Forwarded message ----------
                   From: **Gino Granda** <gino.granda@gmail.com>     Need a Low Cost Patent?
                   Date: Jan 22, 2007 12:56 PM                      Patent expertise at low prices.
                   Subject: Patents                                  Patent Applications & Searches
                   To: John Wang <jwangusa@gmail.com>, Jenny MacDowell   www.Intellipex.com
**Contacts**       <jmacdowellusa@gmail.com>
                                                                     Atv Sale Going On Today
                   John,                                             $499 Delivered. Call 866-710-60
                   Attached are our provisionals we have filed already for:   Hurry Order Now. From 50cc - 4
                   Electric motor on swing-arm 11/22/2005            www.lgwholesale.net
                   Shipping container to trailer 10/10/2005
                                                                     Seized ATV'S
                   Let me know if you need the rest of them,         ATV's up to 90% Off Book Value
Chat               Gino                                              Begin Your Cheap ATV Search!
                                                                     www.Car-Auction.com
Search, add, or invite
john wong          --                                                ATV 250UTILYTI ONLY $1149
Set status here    John Wang                                         all model instock free shipping
                   Tel: 760-479-1888 X106                            top quality top service and parts
Options  Add Contact   Cell: 858-472-1520                           www.vbike.us
                   john@qelectric.com
                   jwangusa@gmail.com                                New ATV Plow System
                                                                     Electric Cylinder lift for atv plow
Labels                                                               Moose Warn Eagle Cycle Count
       Edit labels  --                                               www.mibarproducts.com
                   John Wang
                   Tel: 760-479-1888 X106                                 Related Pages
                   Cell: 858-472-1520
                   john@qelectric.com                                Sport Select game information -
Invite a friend    jwangusa@gmail.com                                Spread
Give Gmail to:                                                       Canada NewsWire (press releas
                                                                     Mar 15, 2008
[            ]                                                       STETTLER, AB, March 15 /CNW
[ Send Invite ] 50 left   **2 attachments** — Download all attachments   << NOTE: EFFECTIVE MARCH
                                                                     2008 ...
Preview Invite     📄 **PROVISIONAL SWINGARM.DOC**
                   1449K  View as HTML  Download                     Baseball vs. FIU Game 2, March
                                                                     2008
                   📄 **Shipping cage to trailer.doc**               UALR Trojans - Mar 15, 2008
                                                                     The Automated ScoreBook Arka
                                                                     Little Rock at FloridaInternationa

                                                                     Davis' Top-Five Finish Leads to
                                                                     Place in Gainesville
                                                                     MGoBlue - Mar 15, 2008
                                                                     GAINESVILLE, Fla. -- Despite a
                                                                     place individual finish from ...

794K   View as HTML   Download

Reply    Forward    Invite John Wang to chat



Police sending questionnaires to
victims for feedback
KPTM-TV - Mar 15, 2008
AP - March 15, 2008 8:35 PM E
HASTINGS, Neb. (AP) - Police i

More related pages »

About these links

« **Back to Inbox**    [ Archive ]   [ Report Spam ]   [ Delete ]   [ More Actions ▾ ]    ‹ **Newer** 12 of 23 **Olde**

Add a personalized **signature** to all your outgoing messages.   Learn more

**You are currently using 15 MB (0%) of your 6539 MB.**

Gmail view: standard | turn off chat | basic HTML  Learn more

©2007 Google - Terms - Gmail Blog - Google Home



**Gmail**  Calendar  Documents  Photos  Reader  Web  more ▼    xatv.doc@gmail.com | Settings | Older version | Help | Sig

Search Mail    Search the Web    Show search options
Create a filter

Compose Mail

Build Custom Sand Rails - www.torchmate.com - CNC shape cutting machines for Sand    Sponsored Link    <

« Back to Inbox    Archive    Report Spam    Delete    More Actions    ‹ Newer 4 of 23 Olde

Inbox (3)

# EX 3 Photos From Sand Sports (1 of 2)    Inbox    X

Starred

**john wong**  show details  Mar 14 (6 days ago)  |  Reply ▾

Chats

Sent Mail

Drafts

All Mail

Spam

Trash

Contacts

---------- Forwarded message ----------
From: **Michael Sommer** <msommer@hotvws.com>
Date: Thu, May 3, 2007 at 4:33 PM
Subject: Photos From Sand Sports (1 of 2)
To: john wong <xatv.john@gmail.com>

Hello John,

I am sending you two e-mails today. They have photos from our shoot
in Glamis yesterday - 5/2/07

These are not for publication, they are simply for your viewing pleasure.

Let me know what you think. I hope you enjoy them.

Talk to you soon.

Michael Sommer
Editor
Sand Sports Magazine

2950 Airway Ave., Unit A-7
Costa Mesa, CA 92626
(714) 979-2560 xt. 107
fax- (714) 979-3998

msommer@hotvws.com
http://www.sandsports.net/

New window

Print all

Would you like to...

Map this
2950 Airway Ave
Costa Mesa, CA 92626

Sponsored Links

**Buggies Unlimited**
Everything For Your Golf Cart
Free Catalog. 1-888-977-9815
www.buggiesunlimited.com

**Go Karts, ATVs, Dirt Bike**
Huge Selection on 110cc 150cc
200cc 250cc 1000cc 1800cc Go
ATVs
ExpressATVS.com

**Dune Buggy Sale 50cc $599**
Huge Discount Go-Kart Dune Bu
150cc 250cc 90cc $699 110cc $
www.ScooterDepot.us

**Sand Away Tray**
The Sand-Away snack tray, plus
more beach items as seen on Th
View!
www.LepasandBounds.com

**Dune Buggy Parts**
Buy Classic VW® Dune Buggy P
at JC Whitney - Free Shipping!
www.jcwhitney.com/DuneBuggy

**Go Karts Wholesaler**
Largest wholesalers of ATVs, Mc
Dirt Bikes, Go Karts, Choppers, e
www.Viva-Motors.com

**Manxter 2+2 and DualSport**
TurnKey Sport Cars Built-To-Ord
Custom Subaru Engine Options
www.DenmatCars.com

**4X4 Vehicle Fabrication**
Dreaming Of Your Own 4X4 We'l
Make It Happen. Your Dream Ou
Reality!
www.kmafabrication.com

More about...
Dune Buggies for Sale »
Build a Dune Buggy »
Dune Buggy Dune Buggy »
Buggy Forum »

About these links

Chat

Search, add, or invite
john wong
Set status here

Options  Add Contact

Labels

Edit labels

Invite a friend
Give Gmail to:

Send Invite  50 left

Preview Invite

--
John Wong
xatv.john@gmail.com
760-632-XATV(9288) X106
858-472-1520 Cell

**4 attachments** — Download all attachments  View all images



**DSC_0107.jpg**
350K   View
Download



**DSC_0497.jpg**
318K   View
Download



**DSC_0484.jpg**
317K   View
Download



**DSC_0111.jpg**
386K   View
Download

Reply     Forward     Invite john wong to chat

« Back to Inbox   | Archive |   | Report Spam |   | Delete |   | More Actions |     ‹ Newer 4 of 23 Olde

Get **Gmail on your phone.** It's super-fast. Visit http://mobile.google.com/ on your phone's web browse
Learn more

**You are currently using 15 MB (0%) of your 6539 MB.**
Gmail view: standard | turn off chat | basic HTML | Learn more

©2007 Google - Terms - Gmail Blog - Google Home





--
John Wong
xatv.john@gmail.com
760-632-XATV(9288) X106
858-472-1520 Cell

Reply    Forward    Invite john wong to chat

« Back to Inbox   [ Archive ]   [ Report Spam ]   [ Delete ]   [ More Actions ]        1 of 23 Olde

Call and instant message your Gmail contacts for free using Google Talk.   Learn more

You are currently using 15 MB (0%) of your 6539 MB.

Gmail view: standard | turn off chat | basic HTML  Learn more

©2007 Google - Terms - Gmail Blog - Google Home

X ATV BANNER DIAGRAHM

| 1A | 1B | 2A | 2B | 3A | 3B |
|---|---|---|---|---|---|





## PROVISIONAL PATENT APPLICATION

**TITLE:** ELECTRIC VEHICLE MOTOR CONFIGURATION

5

**INVENTOR:** GINO H. GRANDA

## TECHNICAL FIELD

10

The present invention pertains generally to electric vehicles, and more particularly to electric motor placement on a vehicle for improved performance.

## BACKGROUND OF THE INVENTION

15      Many vehicles (ATV's, motorcycles, scooters, and the like) have rear wheel suspension. In this case, the rear wheel(s) are mounted to a swing-arm which attaches to the main frame of the vehicle and a shock absorber. Traditionally, the motor (electric or internal combustion engine) is mounted to the main frame of the vehicle. To transfer the motor power to the rear wheel or axle, a drive chain (or belt) is used along with a

20      tensioning device to keep the drive chain from derailing. This tensioning device is an added component to the system. Some vehicle designs do not use a tensioning device and allow slack in the drive chain for suspension geometry changes. This wears down the drive system components faster by jarring the drive chain in loose to tight cycles. Rather than using an extra tensioning device or allowing inefficient slack in the drive chain, if

25      the system could be simplified, it would represent a significant performance gain.

1

**BRIEF SUMMARY OF THE INVENTION**

   The present invention is directed to a specialized motor configuration for an
5 electric vehicle. By placing the electric motor directly on the swing-arm of the vehicle, it
allows for swing-arm suspension motion while keeping tension on the drive chain
constant. This present invention is novel in that it allows for a constant chain tension
while eliminating extra tensioning devices. It also eliminates any possible derailing or
skipping of gears related to loosely fit drive chains, lengthens the lifecycle of drive chains
10 by reducing stresses during suspension geometry changes, and reduces noise due to
tension variations. Accelerating is also more throttle response is

   It may be appreciated that the principles of the present invention are not limited to
electric vehicles, but could also be applied to any other alternatively powered vehicles.

15   Other aspects of the present invention are apparent from the following detailed
description, taken in conjunction with the accompanying drawings, which illustrate, by
way of example, the principles of the invention.

**BRIEF DESCRIPTION OF THE DRAWINGS**

FIG. 1 is a side view of a entire electric vehicle design;

5          FIG. 2 is a side view of the component layout of particular design;

FIG. 3 is a side view of the vehicle depicted with an uncompressed suspension;

FIG. 4 is a side view of the vehicle depicted with a compressed suspension.

**DETAILED DESCRIPTION OF THE INVENTION**

Referring initially to FIG. 1, there is illustrated a side view of an entire electric

5    vehicle design. FIG. 2 shows the component layout of the invention. Highlighted in red is

the swing-arm invention in which motor and rear wheel are directly mounted to it. The

wheel sprocket is mounted to the rear wheel and the drive chain connects the wheel

sprocket to the motor. The swing-arm attaches to the main frame at Axis A in which it

pivots and at Axis B in which it is connected to a shock absorber which attaches to the

10    main frame.

In FIG. 3, there is no load being applied to the suspension therefore the shock

absorber is uncompressed. In FIG. 4, a force is applied to the rear wheel showing the

shock absorber in a compressed state. FIG. 3 and FIG. 4 demonstrate how the drive chain

is unaffected by swing-arm movement. This invention creates a sub-assembly on the

15    swing-arm thus making the motor, drive chain, and sprocket perform independent of the

state of the suspension.


The preferred embodiments of the invention described herein are exemplary and

numerous modifications, variations, and rearrangements can be readily envisioned to

20    achieve an equivalent result.

FIGURE 1



FIGURE 2



**Swing-arm**:
Highlighted in red has wheel/sprocket attached at left end and electric motor attached at right end and is attached to main chassis by axis A and axis B. Axis B attaches to a shock absorber.

5

FIGURE 3



FIGURE 4



1.  **Title of the Invention**

Container to Trailer Conversion

2.  **Inventors:**

John Wang – Q Electric LLC 374 Encinitas Blvd. Encinitas, CA 92024 (760) 479-1888

Gino Granda - Design Engineer – Q Electric LLC 374 Encinitas Blvd. Encinitas, CA 92024 (760) 479-1888

3.  **Circumstances and Date of Conception** *(when and how did you think of the invention?)*

On Saturday July 16, 2005,John Wang, President at Q Electric suggested an efficient idea for me (Gino Granda) to design. Our company is an importer of electric vehicles from Asia. We have been paying the price for steel shipping containers that are thrown away or recycled after products are transported. This is a financial loss for us. John suggested to me the idea of reusing the steel shipping containers for our imported vehicles as trailers. The trailers complete with a hitch could be used just like standard trailers for automobiles, ATV's, two wheelers, etc. This modification of a steel cage used during shipping the freight would minimize the loss in materials for shipping the freight securely and make our products more profitable.

4.  **Description of the Invention**

> (Note: In this section it is very important that you point out all the details of the invention which make it novel, useful, and better than the prior art. Even small details are important. Please don't leave anything out. Oftentimes it is the small details of the invention which result in a patent.)

   o   Purpose *(What is the invention used for?)*

   During the shipment of a vehicle or any cargo, it is secured in a specifically designed shipping container. After shipment, the container is converted into a trailer using the same components in a designed alternate configuration.

   o   Drawings *(drawings, sketches, or photos of the invention with parts labeled)*

   DRAWING 1 – Container/Trailer parts of a prototype without flooring material.

   DRAWING 2 – Prototype shipping configuration with an ATV as cargo.

   DRAWING 3 – Prototype wheel and hitch sub assembly that is transported along with cargo.

   DRAWING 4 – Prototype trailer configuration without flooring material on trailer and gate/ramp.

   DRAWING 5 – Sketch of container configuration without wheel and hitch sub assembly.

   DRAWING 6 – Sketch of trailer configuration without wheel and hitch sub assembly.

Description of the Parts *(Describe the invention using the drawings to point out each of the invention's parts)*

   The trailer/container consists of the 4 main parts in DRAWING 1:

Trailer side rail – is used as the top part when in container configuration. It acts as a guard rail and allows for stacking another layer of cargo on top of unit. When in trailer configuration it acts as the front and side rails for containing cargo in the trailer bed.

Trailer Bed – is the platform for placing cargo when in container mode and also trailer mode. When in container configuration, it supports the cargo with its frame raised off the floor for fork lifting capabilities. When in trailer mode, it can be fitted with different flooring such as steel mesh, diamond deck plate, wood, etc. to accommodate different cargo types. It also has a dump latch for tilting the trailer bed to dump cargo.

Trailer Gate/Ramp – is the backbone when in container mode. It secures the trailer side rail from twisting and sets the containers height. During operation in trailer mode it is used as a tailgate and ramp which can be removed if needed. It can also be fitted with different flooring to accommodate cargo types.

Trailer Wheel and Hitch – is stored in the container during transportation in container mode. When in trailer mode it gives the trailer a dump truck feature allowing the trailer bed to tip backwards like a teeter totter to dump cargo. The hitch is a standard automotive size and has a lock and release lever.

o   Use *(How is the invention used?)*

In container mode the product is used to house anything being transported that needs protection from crushing or colliding. It is a secure container capable of stacking more than one vertically.

In trailer mode the product is used for hauling anything that can fit into the trailer bed. Because the trailer side rail is above the wheels items that won't fit in the bed can still be hauled by overhanging them. The trailer gate/ramp is taller than the side rails and will prevent cargo from falling out even if overhanging the side rails.

Modes can be converted back and fourth if needed.

o   Novel Features *(What features of the invention are different from the prior art? How do these features provide superior results?)*

Prior art serves only in a one use configuration. The prior art is two separate and unrelated items. One is a container for shipping purposes usually recycled or discarded when customer receives goods inside it. The other is a product which is made as a trailer.

o   Advantages *(What advantages does the invention have over the prior art?)*

The advantage this invention has is the combination of the two separate and unrelated items. This idea turns refuse into a useful product. Very minimal wasted parts are used in this design. What used to be discarded is now an included accessory or resalable product.


DRAWINGS


DRAWING 1



DRAWING 2



DRAWING 3



DRAWING 4

# TRAILER CONFIGURATION



DRAWING 5



DRAWING 6



TRAILER CONFIGURATION
(WHEELS AND HITCH NOT SHOWN)

TRAILER GATE RAMP

FLOORING MATERIAL

TRAILER SIDE RAIL

TRAILER BED