Gmail | Calendar | Documents | Photos | Reader | Web | more ▼    xatv.doc@gmail.com | Settings | Older version | Help | Sign

**Gmail** by Google BETA

[Search Mail] [Search the Web]  Show search options / Create a filter

**Compose Mail**

Go Karts, ATVs, Dirt Bike - ExpressATVS.com - Huge Selection on 110cc 150cc 200cc 2...   Sponsored Link   < >

« Back to Inbox  [Archive]  [Report Spam]  [Delete]  [More Actions]     ‹ Newer 16 of 23 Olde

**Inbox (3)**

### EX 4 Letter from Mr. Wang(translated)   Inbox  X

New window
Print all

**Starred**

**John Wan** show details  Mar 14 (6 days ago)    | Reply |

Sponsored Links

**Chats**

---------- Forwarded message ----------
From: **jia wang** <kellywangjia@yahoo.com>
Date: 2007/1/18
Subject: Letter from Mr. Wang(translated)
To: atvzhang@gmail.com, yhz51523@pub.sz.jsinfo.net
Cc: jwangusa@gmail.com

**Dealers Wanted**
ATV's and Motorcycles Dealers
Fast ship on products and Parts
www.komoto-motors.com

**Sent Mail**

**Jackel ATV Dealers Wanted**
No Franchise Fee, Low Startups
Protected Territories, High Margi
www.jackel.com

**Drafts**

These are letters from Mr. John Wang of L.A to Mr Zhang. I also attached a copy of the translation in .doc format. Please let me know if you have any problem reading or understanding it.

**Seized ATV'S**
ATV'S up to 90% Off Book Value
Begin Your Cheap ATV Search!
www.Car-Auction.com

**All Mail**

There are also pic attachment of the booth layout.

Kelly

**ATV 250UTILYTI ONLY $1149**
all model instock free shipping
top quality top service and parts
www.vbike.us

**Spam**

_____
_____

Frank,

**Trash**

We look forward to preview our gas and electric vehicles with you the afternoon of Feb 17th at booth # 8204. We will also present the sales and marketing plans for both the Yamaha dealers and the chain stores to you, any inputs will be most welcome

**70cc, 90cc, 110cc ATV**
70cc ATV, 90cc ATV, 110cc ATV
Blowout Sale, Direct from Factor
www.superatvs.com

**New ATV Plow System**
Electric Cylinder lift for atv plow
Moose Warn Eagle Cycle Countr
www.mibarproducts.com

**Contacts**

Please see attached floor plan following Tom's recommendation of being Yamaha dealer friendly, we will fill the void in all the Yamaha dealers with the Dune Buggy/Go Cart (power by Yamaha JV Factory). The growth for these Dune Buggy are out pacing the ATV.

**Exhaust Gas Technologies**
Your Data Logging Headquarters
NHRA Race Proven EGT sensor
www.exhaustgas.com

Chat

Search, add, or invite

john wong
Set status here

Another void on the floor of the dealers can be fill with our Electric ATV's, with gas engines available up on request from the dealers.

**Atv Sale Going On Today**
$499 Delivered. Call 866-710-60
Hurry Order Now. From 50cc - 4
www.lgwholesale.net

Options    Add Contact

**More about...**

Labels

Edit labels

Will other GE Capital staff be with you?

John

Karts for Sale »
Karts »
250 ATV »
Cheap Go Karts »

翻译：

About these links

Invite a friend
Give Gmail to:

Frank:

[Send Invite]  50 left

我们很期望在2月7日下午展台8204中，向你展出我们汽油和电动车。同时，我们会向你提供为雅马哈代理商和连锁店设计的销售和宣传计划，欢迎你提供建议。

Preview Invite

根据汤姆的提议，整个展台的布局为雅马哈代理商着想，我们会用卡丁车（Dune Buggy)/Go
Cart（用雅马哈联合工厂发动机）来为雅马哈代理商填补市场的

Gait (用雅马哈联合工厂发动机）来为雅马哈代理商填补市场的空缺。这些卡丁车的发展速度正在超越了ATV。

另外一类有能力填补市场空缺的产品是电动ATV，我们也可以根据代理商的要求生产汽油ATV.

其他GE Capital 代表会和你一起来吗？

John.

_____
_____

We look forward to seeing you there. Our Retail group will be there, too.

Frank

翻译：
期望在会场见到你。我们的零售代表也会到。

Frank

_____
_____

1. GE Capital will required that X ATV USA not sell ATV with Yamaha JV engine, which will compete directly with Yamaha USA.
2. Q Electric is in the business of selling Electric ATV but upon request will fit tit's ATV with gas motor, that may or may not be Yamaha JV engine. Q Electric is selling the ATV at the show.
3. We must divided the show booth into X ATV USA company and Q Electric company, two seperate company.

We need 100% support of GE Capital for our success.

1.  GE Capital
要求XATV不能在美国销售带有雅马哈联合工厂发动机的ATV，因为这样会抢走美国雅马哈销售商家生意。
2.  Q Electric专销电动ATV，但如有客人要求，也可以销售汽油的ATV (可以是雅马哈联合工厂的发动机，也可以不是)。Q Electric在展览会上是销售ATV。
3.  我们必须将展台分为X ATV USA和Q Electric，这样就名正言顺地代表两家不同的公司。
我们的成功需要GE Capital 百分之一百的支持。
_____
_____

To save $, ship as much as possible by Jan. 20th directly to Indianapolis, balance by air stand by by Feb.5th

张总：
为节省费用，在1月20日之前，将货运到印地安拿波利斯，货越多越好，在2月五日之前准备好空运备用货物。


_____
_____
_____
Do you Yahoo!?
Everyone is raving about the all-new Yahoo! Mail beta.
http://new.mail.yahoo.com

--
John Wang
Tel: 760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com

---

**3 attachments** — Download all attachments   View all images



Booth_4.jpg
54K   View   Download



Booth_5.jpg
56K   View   Download

**tran1_18.doc**
37K   View as HTML   Open as a Google document
Download

Reply   Forward   Invite John Wang to chat



« Back to Inbox   [Archive]   [Report Spam]   [Delete]   [More Actions]   ‹ Newer 16 of 23 Older

Use the search box or search options to find messages quickly!
**You are currently using 15 MB (0%) of your 6539 MB.**
Gmail view: standard | turn off chat | basic HTML   Learn more
©2007 Google - Terms - Gmail Blog - Google Home

# AGREEMENT

Party A: China Suzhou Industrial Park Yonghe Motorcycle Manufacture Co, LTD:
     China manufacture of off road vehicles with Yamaha engine.

Party B: V-Force, LLC (California Limited Liability Company):
     USA sales and marketing company with sales force and USA retailer relationship.

1. Both parties agree to the followings:
    a. Party A will manufacture the following brand names; X ATV USA, Sears Craftsmen, John Deere, Home Deport, Lowes and other brand names submitted by Party B.
    b. Party B will be the exclusive sales organization for X ATV USA, Sears Craftsmen, John Deere, Home Deport and Lowes with the terms in this agreement.
    c. Party A will hire operation manager and two support staffs, pay all salary and tax.
    d. Party B will hire sales manager and two support staff, pay all salary and tax.

Party A agrees to the following:
    e. Maintain inventory to ship on a timely basis Go Carts with Yamaha engine sizes 80cc, 150cc, 250cc, and 400cc, and ATV with 50cc, 90cc, 150cc 250cc and 400cc Yamaha engines.
    f. The FOB China cost will match the lowest price offer to any of the Party A customers.
    g. Monthly accounting statement of on the 10th date of each month to Party B.
    h. Industry standard sales and marketing literature.
    i. Industry standard participation in trade shows.
    j. Pay up to 6% of gross sale commissions upon receipt of funds from customer or GE Capital – all commission checks to be made out to the sales representative, such as Extreme Marketing, other salesmen, or sales organization, however, all checks to these sale representatives will be sent to Party B.
    k. Up to 6 % commission will be advanced to the sales representatives in the event the approved orders can not be shipped within 21 days. These advances will motivate and help pay for the traveling expenses for the sales representatives.
    l. All communication from Party A with all sales representatives will be handled through Party B.
    m. Will not compete with V Force.
    n. The starting date of the yearly minimum gross sales amount will commence on the first shipping date of Party A.
    o. If Party A fail to fulfill all orders in a timely basis to reach the quarterly shipment goals by more than 30%, Party A will reduce its profit share by 30% for the year.

2. Party B agrees to the following:
    a. The starting date of the yearly minimum gross sales amount will commence on the first shipping date by Party A.
    b. First 90 days gross sales should be $1,000,000. All excess sales will be rolled over to all future quarters.
    c. Second 90 days gross sales should be $2,000,000.
    d. Third 90 days gross sales should be $6,000,000.
    e. Forth 90 days gross sales should be $11,000,000.
    f. If Party A fulfill all orders in a timely basis and Party B fails to reach the quarterly sales goals by more than 30%, Party B will reduce its profit share by 30% for the year and Party A will have the right to hire other new sales representatives.
    g. If Party A fulfills all orders in a timely base and Party B fails to reach the first annual sales goal of $20,000,000 and annul increase of 15%, Party A has the right to terminate and not renew this agreement for the following year.
    h. Responsible for all Party B expenses and taxes.

Profit sharing will be 50% to each party:
    a. All company expenses will be reviewed and agreed to by both parties.
    b. All accounting will be verified or audited by an outside accountant.
    c. First distribution of net profits will be six months after signing of this agreement, thereafter every two month. A reserve will be set up by the outside accountant for bad debts and other expenses that can not be paid with the normal cash flow.
    d. During the first six months, an advance of 1% of monies collected or approved orders that can not be filled by Party A to Party B; this advance will be deducted from the profit share of Party B.