

| « **Back to Inbox** | Archive | Report Spam | Delete | ‹ **Newer** 10 of 23 |
|---|---|---|---|---|
| More Actions... · Go | | | | **Older ›** |

Get new mail notifications. Download the **Gmail Notifier**.  Learn more

**You are currently using 15 MB (0%) of your 6539 MB**

Gmail view: standard | **basic HTML**  Learn more

©2007 Google - Terms - Gmail Blog - Google Home

This Patent and Trade Mark License Agreement (the "Agreement") is by and between Q Electric LLC, a California company, with an office at 374 Encinitas Blvd, Encinitas California (hereinafter "Licensor") and China Suzhou Industrial Park Yonghe Motorcycle Manufacture Co, LTD, a Chinese Company (hereinafter "Licensee"). This Agreement is entered into effective as of February 20, 2007 (the "Effective Date").

这专利和商标许可协议("协议")是Q Electric，一个设于374 encinitas Blvd，Encinitas 加州的公司(以下简称'许可人")和中国苏州工业园区永和摩托车制造有限公司，一个中国公司(以下简称'获许可人") 互相协定的 这一协议的签订生效日期是2007年2月20日("生效日期').

## RECITALS
引言

A. Licensor is the owner of certain patents, patent applications and trademarks which may have applicability to Licensee.

B. The parties desire that Licensor grant non-exclusive license for manufacturing under all its patents, patent applications and trademarks present and future to Licensee.

A.许可人是某种专利 专利方案和商标的持有人,
B.双方在自愿的情况下，许可人非专有性地允许获许可人，用他所有目前和今后的专利 专利方案和商标来生产。

Licensed Patents, Patent Application and Trade Mark Agreement

Grant of License. Licensor grants to Licensee territory of United States, royalty free, perpetual (for the duration of each Licensed Patent and Trade Mark) license under the Licensed Patents, Patent Application and Trade Mark Agreement.
给予许可
表明许可人在美国境内给于获许可人无版税的 永久的(在商标和专利有效期下)专利 专利方案和商标的使用许可

Consideration. Licensee will pay a six month refundable deposit of $_____, which will be refunded in full on July 20, 2007. Licensor may negotiate a user fee to be pay by the USA retailers.
酬劳。获许可人将支付六个月 可退款的定金$_____,定金将会于2007年7月20日全数退还 许可人可要求美国零售商支付用户费。

Term. This Agreement will remain in force and effect up until the both parties agree to terminate and or the termination of the Sales Agreement between Licensee and V Force LLC, a California Company.
期限。如双方都同意终止 合同才无效 或者 获许可人与V Force LLC, 一个加州公司的销售合同终止 合同无效。

Entire Agreement. This Agreement constitutes the complete agreement of the parties and supersedes any other agreements, written or oral concerning the subject matter hereof.
整个协议 这个协议构成完整的协议,并取代任何其他有关此事的书面或口头协议

Succession and Assignment. Neither party may assign this Agreement without the prior written consent of the other party.
继承和转让 任何一方都不能未经另一方的书面同意将此合同转让。

Governing Law. The validity, interpretation and performance of this Agreement shall be governed by the substantive laws of the State of California.

政府法规。此合同的有效性,解释和执行都由加州法规管制。

No Agency. Neither party is to be construed as the agent, partner, or joint venturer or to be acting as the agent, partner or joint venturer of the other party hereunder in any respect, solely by reason of this Agreement.
无代理。在此合同中,双方都不能互相作为是对方的代理,搭档,合作伙伴。

Multiple Counterparts. This Agreement may be executed in several counterparts, all of which taken together shall constitute one single Agreement between the parties.
分段。合同可分多段执行,合起来仍然是同一个合同。

Amendments in Writing. Any amendment to this Agreement shall be in writing and signed by both parties hereto.
修改。任何修正需双方书面纪录和签名。

IN WITNESS WHEREOF, the authorized representatives of the parties hereto have signed this Agreement.
代表签字。

| Q Electric LLC | China Suzhou Industrial Park Yonghe Motorcycle Manufacture Co, LTD |
|---|---|
| By: Gino Granda | By: Zhang Zhi Yao |
| Title: Director | Title: President |

-----------------------------------------------        -----------------------------------------------

Date:                                                                             Date:

-----------------------------------------------        -----------------------------------------------