

You are currently viewing Gmail in basic HTML.  **Switch to standard view**

xatv.doc@gmail.com | Settings | Help | Sign out

[Search Mail] [Search the Web]  Show search options

**Compose Mail**

**Inbox (2)**
Starred ★
Sent Mail
Drafts
All Mail
Spam
Trash

**Contacts**

Labels

« Back to Inbox   [Archive] [Report Spam] [Delete]
More Actions... · [Go]

‹ **Newer** 8 of **23**
Older ›

🖶 Print   🗗 New window

### EX 6 Additional Dune Buggy Revisions   Inbox

☆ **John Wang** <jwangusa@gmail.com>     Fri, Mar 14, 2008 at 1:01 PM
To: J D <xatv.doc@gmail.com>

Reply | Reply to all | Forward | Print | Delete | Show original

---------- Forwarded message ----------
From: **John Wang** <jwangusa@gmail.com>
Date: Mon, Apr 16, 2007 at 5:57 PM
Subject: Additional Dune Buggy Revisions
To: xatv.zhang@gmail.com, Zhang ATV <yhz51523@pub.sz.jsinfo.net>


---------- Forwarded message ----------
From: **Gino Granda** <gino.granda@gmail.com>

Subject: Additional Dune Buggy Revisions

1. The current first gear is already low enought, no need to change the gear ratio.

2. The filter needs to be foam not paper, see http://www.unifilter.com/whyfoam.html
we have replaced the original filter with NU8503ST from Uni Filter.

3. New largest possible air intake manifold between the passengers, avoid the low dusty air.

4. Many of the nuts and bolts are loose need to torque check all.


Regards,
Gino

--
John Wang
Tel:  760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com


--
John Wang
Tel: 760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com

**Quick Reply**

**To:** John Wang <jwangusa@gmail.com>    More Reply Options



Send    Save Draft    ☑ Include quoted text with reply

« **Back to Inbox**    Archive    Report Spam    Delete    ‹ **Newer** 8 of 23
More Actions...  ·  Go    **Older ›**

Get new mail notifications. Download the **Gmail Notifier**.   Learn more
**You are currently using 15 MB (0%) of your 6539 MB**
Gmail view: standard | **basic HTML**   Learn more
©2007 Google - Terms - Gmail Blog - Google Home







dash2.jpg
204K View Scan and download



dash3.jpg
250K View Scan and download

**Quick Reply**

**To:** John Wang <jwangusa@gmail.com>　　　　　　More Reply Options



Send　　Save Draft　　☑ Include quoted text with reply

**« Back to Inbox**　　Archive　　Report Spam　　Delete　　　　‹ **Newer** 9 of 23
　　More Actions...　·　Go　　　　　　　　　　　　　　　　　　　　**Older ›**

Get new mail notifications. Download the **Gmail Notifier**.　Learn more
**You are currently using 15 MB (0%) of your 6539 MB**
Gmail view: standard | **basic** HTML　Learn more
©2007 Google - Terms - Gmail Blog - Google Home



You are currently viewing Gmail in basic HTML.  **Switch to standard view**

xatv.doc@gmail.com | Settings | Help | Sign out

Search Mail | Search the Web | Show search options

**Compose Mail**
**Inbox (1)**
Starred ★
Sent Mail
Drafts
All Mail
Spam
Trash

**Contacts**

Labels

« Back to Inbox    [Archive]  [Report Spam]  [Delete]         ‹ Newer 7 of 23
More Actions... · [Go]                                        Older ›

🖨 Print   🗗 New window

### EX 6 400CC Dune car   Inbox

☆ **John Wang** <jwangusa@gmail.com>                          Fri, Mar 14, 2008 at 1:12 PM
To: J D <xatv.doc@gmail.com>

Reply | Reply to all | Forward | Print | Delete | Show original

---------- Forwarded message ----------
From: **John Wang** <jwangusa@gmail.com>
Date: Thu, Jun 14, 2007 at 3:23 PM
Subject: Fwd: 400CC Dune car
To: Gino Granda <gino.granda@gmail.com>, Macdowell Jenny <jmacdowellusa@gmail.com>
Cc: Zhang ATV <yhz51523@pub.sz.jsinfo.net>

Our newest salesman experience, you be the judge.

Date: Jun 14, 2007 2:28 PM
Subject: 400CC Dune car
To: jwangusa@gmail.com

John,

We're having three problems with this vehicle, and I was wondering if you could offer some insight:

1. Carburetion: Upon receipt of this vehicle from Steve, we were told that the engine ran very well for a short time, then very poorly. When I first attempted to start the engine, it would not run. Only after removing the air inlet tube (this tube is shaped a bit like the letter "S"), would the engine run, but even then, only ran well with the choke lever pulled. After removing and inspecting the carburetor, I found no contamination, and no obvious fault. The jet was marked "128", but actually pin-gauged to 1.30mm. I used a Mikuni 1.325 main jet to replace the original (the thread size is the same), and upon installation an run testing, the engine ran much better, but not quite as well as we expected.
A hesitation from idle was noted, which cleared. At high rpm, the engine ran pretty well. Today, I removed the carburetor, and installed a 1.35mm main jet in place of the 1.325.

The difference was noticeable immediately. The time that the choke needed to be engaged dropped from about 2 minutes to about 30 seconds, and the engine responded very well.

Now, all of this run testing was done with the air ducting and air filter disconnected. I've spent most of my adult life tuning carburetors, in motorcycles, atv's, watercraft, cars and trucks.
It's been my experience that while most applications should run exactly the same with or without the air filter, smaller engines can be affected. My final test was to install the air filter
and ducting, so that I could confirm this to be true.

Upon installing **just** the inlet tube (the "S"-shaped tube), the engine immediately changed pitch, and would not 'rev-up' without a severe surge. No excessive black smoke was noted, but
it ran very poorly, much like it had upon first arrival. I quickly pulled the tube off (again, not connected to the air filter yet), and the engine returned to running almost perfectly. I performed this "A-B" test
a number of times, with exactly the same results. It was even worse when I connected it to the airbox, with a new filter installed.

I noticed that the area of that tube, closest to the carburetor inlet, actually is reduced in diameter, and that reduction/step is directly forward of the atmospheric reference port for the carburetor
diaphragm. I installed a short K&N motorcycle air filter on to the carburetor, and it ran perfectly, and has done so since. We will modify the cap of the K&N for connection to the crankcase vent
hose temporarily, to keep things clean, but I think we need a better idea or plan.

Any ideas?

2. Throttle cable: The cable is routed along the 'passenger' side of the engine, which seems wrong. It actually rides right up against the cylinder. I think it might be best to remove it from the
carburetor, and re-route along the 'driver's side. The throttle will not return smoothly to the throttle stop, so it runs at a high idle at all time. I suspect this could be dealt with by adjusting the
cable at the pedal end, but I also noticed, that even with the cable a little 'tight', full pedal operation does not fully open the carburetor. Your insight would help here.

Would it be okay to re-route?

3. Shifter/indicator: Since it's arrival, the gear indicator has been "one step" off of normal. 2nd gear indicated is actually neutral, etc. I also noticed that in order to shift, the lever needed quite a bit
of force and lever travel to engage the gears. I also noticed a lever of some sort (perhaps some sort of lockout) on the shift lever, but could not note any difference in operation, whether I used this
lever or not. Is there some sort of adjustment for this lever? What exactly does it do?

I received instructions regarding re-adjusting the locknut  screw on the gearbox case, and followed those instructions. It made no difference, and after doing so, I can no longer shift the transmission easily.
I tried the adjustment 1/4 turn in either direction, but could not achieve the previous state of shift feel. The indicator has not changed at all, in either direction, after these adjustments were made.

Let me know if there is a specific procedure I should follow in order to achieve a good balance, and to align the indicator with actual gear selection.

I appreciate your help.

Best Regards,


--
John Wang
Tel:  760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com

jwangusa@gmail.com

--
John Wang
Tel: 760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com

**Quick Reply**

**To:** John Wang <jwangusa@gmail.com>    [More Reply Options]



[Send] [Save Draft]  ☑ Include quoted text with reply

[« Back to Inbox]  [Archive]  [Report Spam]  [Delete]    ‹ **Newer** 7 of 23
More Actions...  [-] [Go]                                **Older ›**

Use **Google Desktop** to access your Gmail messages even when you're offline.
**You are currently using 15 MB (0%) of your 6539 MB**
Gmail view: standard | **basic HTML**  Learn more
©2007 Google - Terms - Gmail Blog - Google Home



8. New Placement of Choke

9. Stronger Welds on all mounting tabs, and brackets

10. On/Off Switch for cooling Fan

11. New Gas Tank w/Sensor

12. No rubber cables, they need to all be steel braded cable.

13. No wiring showing around Motor

14. Lock tight (class blue) all bolts or C lock

15. Upgrade and protect the fuel line

16. Improve canvas top

17. Zerk/greese Fittings need to be place in accessible areas, while keeping in mind that the parts do move and they will be broken off if placed in a pinch point between the moving part and the mounting bracket.

18. Improve Paint

19. Door bar

20. Right hand grip for passenger

21. Printed assembly manual into the box

22. Cage To Trailer

--
John Wang
Tel:  760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com

--
John Wang
Tel: 760-479-1888 X106
Cell: 858-472-1520
john@qelectric.com
jwangusa@gmail.com


**X_Rover_400cc_Fix_it_Sheet.doc**
30K View as HTML Scan and download

**Quick Reply**

**To:** John Wang <jwangusa@gmail.com>     More Reply Options



Send   Save Draft   ☑ Include quoted text with reply

« **Back to Inbox**   Archive   Report Spam   Delete        ‹ **Newer** 6 of 23
More Actions...  · Go                                         **Older ›**

Get new mail notifications. Download the **Gmail Notifier**.   Learn more
**You are currently using 15 MB (0%) of your 6539 MB**
Gmail view: standard | **basic HTML**  Learn more
©2007 Google - Terms - Gmail Blog - Google Home