Case 3:07-cv-02093-JM-NLS    Document 34-9    Filed 04/11/2008    Page 1 of 14



# YAMABUGGY

## Yamaha-powered X ATV XRover Buggy Offers Side-by-side, Off-road Fun

Story And Photos By Jesse Wozniak



**X MARKS THE SPOT:** With the Yamabuggy, which uses a 400cc engine from the Yamaha JV Factory X ATV, hopes it can create a new side-by-side craze

Every now and then you have to take a look at a new idea, stop and look again. Take the Yamabuggy XRover 400 from X ATV for example. We met with the crew from X ATV and had a chance to test its new off-road buggy. To say it's a new idea isn't quite accurate, but this vehicle is certainly like nothing else we have ever tested. Think about something that is a cross between the old Honda Odyssey and the new modern side-by-side's like the Yamaha Rhino or Polaris RZR.

X ATV Recreation calls the new Yamabuggy XRover the next dimension of side-by-side machine. The vehicle is a two-person off road buggy with a 400cc four stroke engine. The Yamabuggy is two-wheel drive and has coil-over shocks all the way around. Although the company likes to make comparisons between this machine and current side-by-side machines on the market, there are some big differences. It holds two passengers "side by side," so technically it fits the category, but this machine is built with a much lower center of gravity and more of a dune buggy-type feel and look.

### BUGGY-OLOGY

With a vehicle like this, it's hard to decide what category it fits into and what to compare it to. We'll call it an off-highway vehicle. We tested the Yamabuggy in the Plaster City OHV area in the Southern California desert. We put it through its paces in flat desert trails and in some soft, deep sand dunes.

After sitting down in the machine and strapping into the seat belts, we instantly noticed the unique ergos. Unlike the Rhino or RZR where you sit up on the seats, the Yamabuggy produced a more "sit down in it" feel. The second most noticeable change was the transmission setup. Unlike most CVT-driven utility vehicles, the Yamabuggy required us to shift. The one positive here is the auto clutch makes shifting easy and we could select the gear and level of torque for the terrain.

### POWER

The 387.4cc engine is smaller than both of the engines offered in the Yamaha Rhino, so we couldn't help but doubt the Yamabuggy's ability to get up and go. X ATV says it provides a max horsepower of 22.8 (6000r/min –7000r/min) and 20 ft-lb. of torque (5500r/min-6500r/min).

With an attentive mind on being in the right gear, there was plenty of power to get the machine going. In fact, most of the sand hills in our riding area were potential victims for the machine as long as we took a bit of a run at them.

### SUSPENSION

With independent suspension all the way around, and 18-inch shocks in the front and 17-inch shocks in the rear of this OHV, the ride was quite smooth. As we tried to turn the sand dunes into launch ramps and used all 400ccs of power through the whoops, it became apparent that there was certainly a limit to the suspension's ability to provide a



**SMOOTH SETUP:** With a front and rear independent suspension and large shocks, this off-highway vehicle was fun in the sand and desert terrain.



Drive Away Snow

SNOWSPORT HD UTILITY PLOW
$1299

PERFECT FOR:
Pickups, SUVs, Minivans, ATVs, UTVs

Starting At $579
SNOWSPORT ATV UTILITY PLOW

MOTION ACTIVATED - ALL YOU DO IS DRIVE - NO CONTROLS TO OPERATE

No Risk! 90 Day Money Back Guarantee

If you are not completely satisfied, return it to us for a full refund.*
You have nothing to lose! Proven Performance Guaranteed!
*See website for full details

SEE IT IN ACTION AT
WWW.MYSNOWSPORT.COM
(888) 407-7299

smooth ride. However, that limit was only reached with some pretty aggressive driving. At reasonable speeds, most medium size terrain was handled with ease. And the small, predictable jumps offered smooth landings. Plus a claimed 13 inches of ground clearance improved this machine's off-road capabilities.

**PILOT TO CO-PILOT:** With a steering wheel, digital gauges and shifting controls, the Yamabuggy XRover 400 was more like a UTV than an ATV.



## MISCELLANEOUS

To improve maintenance, the Yamabuggy XRover 400 model was equipped with a shaft drive. Other driver comfort items include an adjustable seat, electric start, digital instrument panel (fuel, speed and gear indicator) and a claimed 300 miles per ride from the 5-gallon fuel tank.

In addition, X ATV says the Yamabuggy XRover can be converted to a street-legal unit in certain states with the appropriate conversion kit installed.

## QUALITY CONCERNS?

While this machine is made in China, we were told it is manufactured at a very reputable manufacturing facility that produces off-road products for some of the major Japanese ATV companies. Clearly the quality of this machine was far superior to that of some of the Chinese import ATVs that have been flooding the market through swap meets and the like over the past couple years. We didn't have the opportunity to perform any type of long-term durability tests on our test units, but they had decent fit and finish. X ATV also said the engine is a Yamaha powerplant that has gone through extensive testing for reliability and performance. Time and more real-world testing will ultimately say how durable this new side-by-side four-wheeler will be.

## FUN, FUN, FUN...

While this machine is priced far below that of most Japanese-produced side-by-side vehicles, our initial impressions are that it seems to be a highly capable off-road vehicle with potential. The Yamabuggy has enough power to provide hours of fun and both a four-wheel independent suspension and disc brakes to keep it smooth. It's reasonably priced ($5,500) and fun to drive. Dollar for dollar, this type of four-wheeled OHV may offer the most fun two people can have in the dirt. For $1,100 less, X ATV also offers a 250cc four-stroke powered Yamabuggy.



**BUGGY BOINGIN':** Once we got the hang of it, we could launch the Yamabuggy 400 around the dunes.



**SBS ROOSTER:** The Yamabuggy proved it could roost in the sand and seemed to have an OK fit and finish.



**GROWING, UNIQUE FAMILY:** Along with a 400cc four-stroke (seen here in red or black) X ATV also offers a 50cc and a 250cc buggy.

### X ATV YAMABUGGY XROVER 400 SPECS

**ENGINE**
- Type: Single-cylinder, four-stroke Yamaha JV Facutory
- Displacement: 387.4cc
- Cooling: Air w/oil cooler
- Bore x stroke (mm): 83 x 71.6
- Compression ratio: 8.6:1
- Starting: Electric start w/hand pull start
- Ignition: DC CDI
- Standard power: 21.5 HP (6000r/min – 7000r/min)
- Max power: 22.6 HP (6000r/min – 7000r/min)
- Max torque: 20 ft-lbs (5500r/min-6500r/min)
- Idle RPM: 1500

**DRIVETRAIN**
- Drive: Shaft, 2WD
- Transmission: Five-speed w/reverse gear selector (no clutch pedal)
- Main clutch: Automatic clutch

**SUSPENSION**
- Front: Independent suspension w/front cross arm, 18-inch shocks
- Rear: Independent suspension w/rear cross arm, 17-inch shocks

**TIRES/WHEELS/BRAKING**
- Front, tires/wheels: 25 x 8-12/12 x 6
- Rear, tires/wheels: 25 x 10-12/12 x 8
- Front/rear: Hydraulic disc

**DIMENSIONS/OTHER**
- L x W x H (in.): 102 x 63 x 59
- Wheel base: 77 in.
- Total weight: 878 lbs.
- Max speed: 52 mph
- Ground clearance: 13 in.
- Fuel tank: 5.3 gal
- Contact: X ATV; (760) 632-XATV; www.xatvusa.com



hot VWs presents

# SAND SPORTS

**ENGINE DYNO TESTING**

SEPTEMBER/OCTOBER 2007
www.sandsports.net

**Ride Spot: CALIFORNIA'S RASOR DUNES**

**First Look: YAMAHA'S RAPTOR 250**

**15 NEW PRODUCTS**

**UTV WHEEL SPACERS**

**ENTRY-LEVEL BUGGY REVIEWS**

**CAN-AM DS 450 FASTEST SPORT QUAD YET?**

DISPLAY UNTIL 11/18/07

Case 3:07-cv-02093-JM-NLS    Document 34-9    Filed 04/11/2008    Page 5 of 14



# DUNE ROVER

## This 400cc Yamaha-powered mini-buggy is a great entry-level car for desert trails and sand dune action

**BY MICHAEL SOMMER**

For those of you that consider yourselves hardcore ATV enthusiasts, the thought of trading in your ATV for a dune buggy is probably completely out of the question. You've got way too much time and money invested in modifying your quad to make it run and handle exactly the way you've always wanted. Plus, most full-size buggies aren't designed to run on the same trails as ATVs, and there's a huge difference in the "fun factor" between driving a car and riding a tricked-out quad.

On the other hand, modern technology has a lot to offer and some of the new two-seat buggies are pretty amazing to drive. For this reason, there's a huge segment of off-roaders (current sand car owners included) that are complementing their stable of toys by adding a diverse collection of vehicles, some of which include the popular new side-by-side UTVs and lightweight mini-buggies.

With that being said, if the day did arrive where you considered purchasing a two-seat buggy, what type of car would you want to own? We pondered this same question from an ATV owner's perspective, and the thought came to mind that it should be



For a low-dollar entry-level buggy, this 25hp X-Rover didn't have any problems carving its way through the soft sand and throwing a good roost in its wake. The car uses a stock Yamaha engine & trans, which means it's a clutchless-shifted manual 5-speed with reverse. Interior is roomy enough for two adults, with bucket seats too. In some states this buggy can also be made street legal, after only a few simple modifications.





Steering is rack and pinion, and the car has 4-wheel disc brakes. It even comes with a digital dash and keyed ignition. Suspension travel is 7 inches up front, 9 inches rear, and the ride quality is handled with coil-over shocks. We enjoyed what this buggy had to offer for the price, and would rate this as a good optional vehicle for the beginning duner that's new to this sport.





similar to an ATV as possible, being equipped with comparable mechanicals and also offering the same seat-of-the-pants feel that one would experience while riding a quad. Stock side-by-sides are great for utility work, exploring trails in hilly terrain, and hunting in the woods (not to mention racing after a bunch of expensive suspension upgrades), but they're still heavy and leave a lot to be desired in the performance and handling department when it comes to an alternative vehicle for the dunes.

Custom lightweight mini-buggies fit the bill if you're looking for a performance vehicle, but some of them come with a hefty price tag, especially when you consider their high-performance engine and drive systems as well as the optional equipment upgrades. At the other end of the spectrum is a brand new breed of entry-level buggies with an affordable price that are amazing to drive. We recently test drove the X-ster from Yamabuggy/X-ATV and were impressed with what it had to offer.

Straight up, we'll tell you the Yamabuggy is built entirely in China. But, it was engineered by an American-based firm that incorporated design ideas that were perfected by the dual-sport desert vehicle industry. For instance, the Yamabuggy features a tubular mild steel chassis that has a 76.8-inch wheelbase, independent A-arm suspension front and rear, rack and pinion steering, and four-wheel disc brakes. The front suspension offers 7 inches of wheel travel, and the rear supplies 9 inches, both of which use coil-over shocks. The car's 13 inches of ground clearance, along with its 880-lb. weight and low center of gravity give it a stable feel and allow it to easily maneuver over rough terrain.

Get up and go for this buggy comes from a 400cc factory Yamaha engine (actual displacement is 386cc) that's manufactured at the JV Factory located in China. From what we've

Continued on page 122

# HOT SANDS COOL EFI

Let Howell help you take command of the sand with the precision and performance that only EFI can provide.

Howell specializes in all modular EFI solutions with true plug and play harnesses that are easy to install and stay clean in the harshest conditions. These high performance fuel injection systems are just what you need to play all day in the biggest sand boxes on the planet.

For 20 years, Howell has been the leader in custom EFI solutions. We have turnkey systems for V6, V8 and I6 engines and CA smog legal kits for AMC/Jeep 258, 304, 360, and 401 engines.

Let us show you how easy it is to convert to EFI today.

Call Howell, the EFI experts.   *Two Decades in Business!*

**HOWELL**
ENGINE DEVELOPMENTS, INC.
FUEL INJECTION APPLICATIONS
810-765-5100
www.howell-efi.com



## PERFORMANCE DIGITAL GAUGES

### FUEL GAUGES — NEW
Eliminate Needle Bounce
2" round billet aluminum display
Digital display matched with fuel cell type sending units
Universal applications and Yamaha Rhino specific kits
Polished aluminum, anodized black, blue and red



### GearDash
2" round panel mount,
Steering wheel mounts for Momo, Sparco and Grant wheels.

Mendeola S4, S5, HD
Fortin Sequential
Albins Sequential
AJ SpeedShift
Hayabusa & GSXR

Mendeola Starting at $249.95
Hayabusa Starting at $179.95

**Digital Gear Indicator for Sequential Transaxles**



### IntelliDash
Tachometer, Speedometer, Temperature, Pressure, Voltage, Hi-temp & Lo-pressure alarms, Memory recall
Simple to install and easy to read. Attractive billet aluminum and standard ABS enclosures
Multiple colors and mounting options available

Starting at $199.95



**REMARK** INDUSTRIES
www.remarkind.com      Dealer Inquiries Invited      517.676.0589  Mason, MI



---

## DUNE ROVER
*Continued from page 87*

been told, Yamaha set up their own plant in China which builds these engines to their exacting specifications, and they end up in European model ATVs. So, this is the engine that would go in the Yamaha Big Bear that's built and distributed overseas. With this being a 2WD buggy, the rear wheels are shaft driven through a five-speed clutchless shifted tranny that's connected to the 3.167:1 differential. The close ratio gears make it feel as if this buggy has a snappy powerband and more ponies than its actual 25hp rating.

The interior is simple with a clean layout, equipped with center mounted brake and gas pedals, in-out drive selector and 5-speed shifter (with reverse), bucket seats with black leatherette covers and 4-point harnesses, padded three-spoke steering wheel (with horn button), and a digital gauge panel that monitors fuel level, mph, gear position, and engine temperature. The panel also has warning lights and a keyed ignition switch. In some states this buggy can be made street legal with a few additional modifications, which explains the turn signal lever mounted on the steering column.

The Yamabuggy is also outfitted with a 5.3 gallon fuel tank, a small parcel rack that's located above the engine, front skid plate, rear bumper, headlights, taillights, turn indicators, horns, a front-mounted radiator with electric fan, and a cloth cover fastened to the roll cage that provides shade for the driver and passenger. All of this sounds great on paper, but you may be asking yourself if it's any fun to drive off-road. We burned a few gallons of gas through the two buggies shown here, and we were pleasantly surprised with the performance they had to offer.

The Yamabuggy is stable and offers decent acceleration. Compared to a utility vehicle such as a Rhino, the X-Rover has more of a sporty feel and it powers through the sand much swifter. We drove the two X-Rovers with the stock knobby tires and it was immediately obvious that they're better left for desert terrain and wooded trails (as well as the street). Luckily we had a set of of ITP aluminum wheels with Paddle Master tires on hand that bolted right up to the rear hubs. Because, you know what they say, "No traction, no action!" After we installed the paddles, it was no problem side-hilling the Yamabuggy in the soft sand, as well as climbing the steep dunes. Let it be known that the paddles did slow the car down, which further reduced the vehicle's 50+ mph top end speed. At no time did we ever have two people in the car during our testing, but you can be assured that there'd be a drop in power with another 175+ pounds on board.

We provided this feedback to the representatives from Yamabuggy immediately following our test drive and, after returning to their Encinitas, California offices, they began working on a turbocharger kit for the 400cc engine. The turbo system was developed by Omar Deen at Quicksand Performance (a reputable sand car manufacturer), and we've been told that it increases the power by about 35%. The turbo system

www.SAND SPORTS.n



## BUGGY TEST
# X-ROVER SAND BUGGY

Yamaha powered 2-seater mini buggy for family fun



For those of us who consider ourselves hardcore *Dirt Wheels* enthusiasts, the thought of trading in our ATV for a dune buggy is completely out of the question. We've got way too much time and money invested in modifying our quad to make it run and handle exactly the way we've always wanted. Plus, most full-size buggies aren't designed to run on the same trails as ATVs, and there's a huge difference in the "fun factor" between driving a car and riding a tricked-out quad.

On the other hand, modern technology has a lot to offer and some of the new two-seat buggies are pretty amazing to drive. For this reason, there's a huge segment of off-roaders who are complementing their stable of toys by adding a diverse collection of vehicles, some of which include the popular new side-by-side UTVs and lightweight mini-buggies.

**NEW WORLD ORDER?**

With that being said, if the day did arrive where you considered purchasing a two-seat buggy, what type of car would you want to own? We pondered this same question, and the thought came to mind that it should be as similar to an ATV as possible, being equipped with comparable mechanicals, and also offering the same sort of the-pants thrill that one would experience while riding a quad.

Stock side-by-sides are great for hauling hay, exploring trails in muddy terrain, and hunting in the woods (not to mention racing, after a bunch of expensive suspension upgrades), but they're still heavy and leave a lot to be desired in the perfor-

# X-ROVER



The X-Rover is a Chinese-built, American engineered two-seater buggy that is as comfortable in the sand as it is on the trail. We tried one out recently and came away impressed with the well thought out design, affordable price tag, and overall good handling.



Bucket seats with black leatherette covers and four-point safety harnesses are standard equipment, as is a padded steering wheel (with horn) on the X-Rover.



The engine in the X-Rover is built by a Chinese firm that builds Yamaha's Big Bear 400 for sale in Europe. The 386cc, air-cooled engine puts out reliable power, but is a bit soft for heavy duty strictly sand use. A turbo equipped model will be available for an extra $2000 that will set the roost loose on the dunes.

mance and handling department.

Custom lightweight mini-buggies fit the bill if you're looking for a performance vehicle, but some of them come with a lofty price tag, especially when you consider their high-performance engine and drive systems as well as the optional equipment upgrades. At the other end of the spectrum is a brand new breed of entry-level buggies, that are fun to drive with an affordable price tag. We recently test drove the X-Rover from Yamabuggy/X-ATV and were impressed with what it had to offer.

### CHINA SYNDROME?

Straight up, we'll tell you the Yamabuggy is built entirely in China. But it was engineered by an American-based firm that incorporated design ideas that were perfected by the dual-sport desert vehicle industry. For instance, the Yamabuggy features a tubular mild steel chassis that has a 76.8-inch wheelbase, independent A-arm suspension front and rear, rack and pinion steering, and four-wheel disc brakes.

The front suspension offers 7.9 inches of wheel travel, and the rear supplies 6.9 inches, both of which use coil-over shocks. The car's 10 inches of ground clearance, along with its 880-pound weight and low-center of gravity, give it a stable feel and allow it to easily maneuver over rough terrain.

### YAMAHA MOTOR

Get up and go for this buggy comes from a 400cc factory Yamaha engine (actual displacement is 386cc) that's manufactured at the JV Factory located in China. From what we've been told, Yamaha set up their

# X-ROVER





The two-seater Buggy comes with a five-speed clutchless shifter, with reverse. For controls, it use a brake and gas pedal and an in-and-out selector for the gearbox.

Our X-Rover was stable and had decent acceleration and a good feel in the sand. Compared to a Rhino, it has a sportier feel to it in the sand. After we installed a set of paddles, it had no problem side-hilling any dune we rode it on.



A large 5.3-gallon fuel tank gives the X-Rover a lot of range when you're driving it in the sand.

own plant in China that builds these engines to their exacting specifications, and they end up in European model ATVs.

So, this is the engine that would go in the Yamaha Big Bear that's built and distributed overseas. With this being a 2WD buggy, the rear wheels are shaft-driven through a five-speed clutchless shifted tranny that's connected to the 3.167:1 differential. The close ratio gears make it feel as if this buggy has a snappy powerband and more ponies than its actual 25hp rating.

The interior is simple, with a clean layout, equipped with center mounted brake and gas pedals, in-out drive selector and five-speed shifter (with reverse), bucket seats with black leatherette covers and four-point harnesses, padded three-spoke steering wheel (with horn button), and a digital gauge panel that monitors fuel level, mph, gear position, and engine temperature.

The panel also has warning lights and a keyed ignition switch. In some states this buggy can be made street legal with a few additional modifications, which explains the turn signal lever mounted on the steering column.

## MORE DETAILS

The Yamabuggy is also outfitted with a 5.3-gallon fuel tank, a small parcel rack that's located above the engine, front skid plate, rear bumper, headlights, taillights, turn indicators, horns, a front-mounted radiator with electric fan, and a cloth cover fastened to the roll cage that provides shade for the driver and passenger.

All of this sounds great on paper, but you may be asking yourself if it's any fun to drive off-road. We burned a few gallons of gas through the two buggies we rode and were pleasantly surprised with the performance they had to offer.

### X-ROVER 400cc YAMABUGGY

**CHASSIS**
| | |
|---|---|
| Dimensions | 101.6"L x 62.2"W x 59.1"H |
| Wheelbase | 76.8" |
| Weight | 680 lb. |
| Max speed | 52.2 mph |
| Front wheel travel | 7.7" |
| Rear wheel travel | 6.3" |
| Suspension | Independent F/R, 2-wheel drive |
| Seating | 2 passengers, bucket seats |
| Front wheels | 25x8-12,12x6 |
| Rear wheels | 25x10-12,12x8 |
| Brakes | 4-wheel hydraulic disc |
| Ground clearance | 3" |
| Fuel tank capacity | 5.3 gal. |

**ENGINE**
| | |
|---|---|
| Engine Type | 386cc, single-cylinder, 4-stroke |
| Bore | 75mm |
| Stroke | 28mm |
| Compression ratio | 8.5:1 |
| Ignition | D/C CDI box |
| Cooling system | air & water cooled |
| Fuel requirements | 90 octane unleaded |
| Oil requirements | SAE 15W/30 |
| Starting system | Electric and pull start |
| Drive system | Shaft drive, n differential |
| Transmission | 5-speed, clutchless shift w/ reverse |
| Differential | 3.167:1 |
| Gear ratios | 1st-3.333:1, 2nd-1.888:1, 3rd-1.364:1, 4th-0.962:1, 5th-0.704:1 |
| Main clutch | Automatic |
| Auxiliary clutch | Clumpy drive |
| Max Power output | 25 HP |
| Max torque | 22 lb.ft. |
| Available colors | Red, Silver |
| Manufactured in | China by X-ATV USA |
| Base price | $5500 |
| Manufacturer Contact | (760) 632-9288 |
| West Coast sales | (702) 275-9399 |
| East Coast sales | (813) 528-2721 |
| Additional information | www.YamaBuggy.com |



# X-ROVER

### RIDE GUIDE

Our Yamabuggy felt stable and offer decent acceleration. Compared to a utility vehicle such as a Rhino, the X-Rover has more of a sporty feel, and it powers through the sand much swifter. We drove the X-Rover with the stock knobby tires and it was immediately obvious that they're better left for desert terrain and wooded trails (as well as the street).

Luckily we had a set of of ITP aluminum wheels with Paddle Master tires on hand that bolted right up to the rear hubs. After we installed the paddles, it was no problem side-hilling the Yamabuggy in the soft sand, as well as climbing the steep dunes.

The paddles did slow the car down, which further reduced the vehicle's 50-mph-plus top end speed. You can be assured that there'd be a drop in power as well with a 175-pound-plus passenger on board.

### TURBO KIT IN THE WORKS

We provided this feedback to the representatives from X-ATV immediately following our test drive and, after returning to their Encinitas, California offices, they began working on a turbocharger kit for the 400cc engine.

The turbo system was developed by Omar Deen at Quicksand Performance (a reputable sand car manufacturer), and we've been told that it increases the power by about 35 percent. The turbo system generates eight pounds of boost for a gain of about nine hp, or a total output of 34 hp. As of this writing, the turbocharger is available as an optional upgrade.

### FINAL CONCLUSIONS

If you've ever entertained the thought of having a two seat buggy in your collection of off-road toys, we would rate the X-Rover from Yamabuggy as being a good candidate. The craftsmanship is befitting of its sub-six grand price, with the turbo model coming in at an additional two thousand bucks.

Don't let the inexpensive price confuse you into thinking it's cheap. We turned a few wrenches on the Yamabuggy and the level of quality is acceptable. It's also worth noting that the company has set up a nationwide distribution network, so you can purchase the X-Rover (and replacement parts) from independent dealers as well as some Yamaha dealerships across the country.

The X-Rover from Yamabuggy has enough power to throw a big roost of sand in its wake, which is sure to put a smile on just about anyone's face

Case 3:07-cv-02093-JM-NLS   Document 34-9   Filed 04/11/2008   Page 14 of 14