

27 West 20th St.  #401
New York, NY     10010

REVISED PROPOSAL RESPONSE:

To us, YamaBuggy is not just a new product, it's an upcoming market leader with a tremendous amount of opportunity before it.  In looking at your market, and your competition, we truly feel you have an excellent opportunity if you can effectively position yourself in the market.  Based on our past work, I know we can quickly do this and build sales through a strategic public relations and media campaign.  While there are more established brands, you have a vehicle that will break through the market.  Because of that, if you work quickly, we can help you establish a position that you can not only sell from, but you can launch additional product lines for ongoing success.

As a first step, we wanted to send you this as an initial proposal.  Our intent is to outline our thinking and define some specific strategies and tactics we will use to support your brand and your business.   Our campaign will create a presence for Yamabuggy on the national level, while developing a direct relationship with your customers in key markets.  This will create a wide-reaching, but cost effective campaign, that can be expanded quickly and easily as your retail outlets are established.

On a national level, TCG will place stories with key media outlets to ensure the Yamabuggy name and brand are positioned to a wide audience of potential customers.  Second, by rolling out an event and content marketing program on a market-by-market plan, we will be able to connect with your clients directly through a series of strategic brand partnerships.  Combined, these will effectively position your brand and your collections to your clientele in a very real and media-friendly manner, it will impact your bottom line.

GOALS & OBJECTIVES

In working with Yamabuggy, our goals and objectives are straightforward.  We intend to leverage traditional and non-traditional press and media outreach in order to:

1. Effectively position Yamabuggy in the market among retailers and customers.
2. Increase awareness of the Yamabuggy brand and vehicle.
3. Drive sales directly with its clients and through retail partnerships.

STRATEGY:

In working with Yamabuggy our strategy is simple, we want to provide you with the marketing material you need to establish the Yamabuggy brand in the market.  We also want to launch and maintain an ongoing press and media campaign to the general consumer audience, while creating a targeted campaign to retail partners in order to expand your reach and your market as quickly as possible.  This strategy will support your brand and your customer based, and help build your sales and your bottom line.



STRATEGY [Con't]:

Specifically, we are recommending a three-phased strategy. First, this involves creating the sales and marketing material you need to drive sales. Second, implementing a national press and media campaign to build consumer interest and sales. Third, implementing a B2B advertising and media campaign targeting retail partners and distribution channels.

1. Creative Development – Building all the creative and sales materials you need to get your product into retail outlets, as well as providing consumers the information they want in a compelling manner. This includes:
    a. Website – Develop an interactive website that promotes the Yamabuggy to a wide range of potential customers, as well as providing retailer and showrooms with the information they need to place orders.
    b. Brochures – Develop a customer-driven sales brochure for direct and retail-supported sales.
    c. Press/Sales Kit – Develop and print press and media kits for distribution to media outlets as well as sales channels.

2. National/Regional Media Placement – Gaining media coverage through targeted story placement in lifestyle media on a national and regional level. This includes creating stories in adventure, travel, outdoor, science, automotive, and other lifestyle television, print, and online media.
    a. Media Placment: Developing and placing stories that include:
        i. Sourcing – presenting Yamabuggy management as leaders in the industry with insight into off-road vehicles, outdoor living, work and other professional media.
        ii. General Media – Articles on the uses for the Yamabuggy, from recreational to professional, as well as promoting the vehicle as a technological leader.
        iii. Professional Media– Reaching out to industry and professional media such as farming, hunting, forest services, etc. in order to generate direct sales.
        iv. Travel Media – Articles on adventure and outdoor travel using Yamabuggy as the vehicle of choice.
    b. Celebrity Rides – getting celebrity to show up to events riding a Yamabuggy
        i. Bringing in models to show up at paparazzi-filled clubs driving Yamabuggy's
    c. Product placement – Ensuring Yamabuggy is used in films and on television programs through key product placments
    d.

3. Dealer Ad/Media Program – Develop and launch a sustainable advertising and media placement campaign to reach dealers and sales channels. This can include:
    a. Dealer advertising
    b. Direct mail to dealers and sales groups
    c. Media placement with automotive and dealer networks
    d. Promotional programs and familiarity trips to get dealers to experience Yamabuggy



DEFINED DELIVERABLES:

The program we have outlined above will be refined based on available budgets and resources, as well as current market penetration and geographies Yamabuggy is most interested in growing in.  As stated, our program will combine traditional press and public relations on a national level, with a retail-driven rollout leveraging online content placement, advertising and cross-promotions to deliver a seamless campaign.  We have made some assumptions in terms of market rollout for the purpose of this proposal, however the final campaign will be based on your feedback and how wide or targeted you want our efforts to be.  By refining each element into a unified program we will help ensure our efforts are coordinated with your sales and marketing efforts.

Integrated Communications, Promotions & Public Relations Campaign Development –
TheCannonGroup will develop all necessary messaging, release strategies, press material, and creative elements, depending on what has already been developed and/or needs to be revised.

| | |
|---|---|
| Message Strategy | Develop a message and release strategy that integrates with your existing programs to ensure our work fully supports Yamabuggy. |
| Press Plan | Provide a finalized press and media plan that targets key consumer groups and regions as well as industry and lifestyle media. |
| Event Program | Identify potential brand partners and key markets for program rollout for the development of co-branded events and retail programs. |

Creative Development
Leverage brand and creative directions to develop all necessary press and marketing materials for both national and market rollouts.

| | |
|---|---|
| Creative Direction | Develop creative direction for all material to support Yamabuggy's business and establish its brand. |
| Website | Design and develop a fully functioning website with support material for capturing sales queries, as well as providing a fun resource to learn more about Yamabuggy. |
| Retail Kits | Build upon brand messaging to design and develop retail-based material for co-branded opportunities and to support sales efforts. |
| Marketing Material | Design and develop necessary marketing material that can be leveraged for brochures, media materials and sales material, as well as point of purchase retail information if needed. |

Marketing & Media Implementation –
After finalizing an approved plan and developing the necessary material, we will leverage our contacts to implement a targeted media and communications program on both the national and regional level that builds awareness and sales with your clientele.

| | |
|---|---|
| Press & Media | Launch a focused media campaign targeting national, regional and lifestyle press.  This will include such categories as events, outdoor living, automotive, off-road, travel and others. |
| Media Story Dev. | Development of stories based on Yamabuggy' products and history, as well as with appropriate sections within general interest publications. |
| Sourcing | Promote key Yamabuggy management as leaders in the category and as experts in the industry with insight into its category. |

THE
CANNON
GROUP LLC

### Event/Content Marketing –
Work with Yamabuggy to develop targeted events and online content specifically addressing the needs its core customers.

| | |
|---|---|
| Co-Branded Events | Develop events in association with adventure travel and outdoor retailers, trade groups, non-profit organizations, and cultural groups in order to reach new consumer markets and generate news-worthy opportunities. |
| Content Marketing | Create outdoor and travel-related content to position Yamabuggy as a source for information and culture.  These can include weekend get-away ideas, tips and hints on travel, as well as other relevant informational content. |
| Experiential Marketing | Create opportunities for participation with existing events that extend the brand and connects Yamabuggy with key customer groups. |

### Strategic Partnerships & Cross Promotions –
TCG will work closely with Yamabuggy to augment its efforts to partner with local hotels, associations, event management companies, etc. to develop beneficial co-branded and cross-promotional opportunities, as well as creating media opportunities for press and media follow-up.

| | |
|---|---|
| Strategic Partnerships | Identify and develop strategic partnerships with complimentary, non-competitive companies to add value to Yamabuggy and develop new business opportunities. |
| Promotions | Develop appropriate online and offline promotional elements to develop business opportunities and drive sales. |
| Event Development | Create and implement industry-specific events to generate sales and to add value to the current sightseeing offering. |
| Celebrity Showings | Create celebrity showing with Yamabuggy featured prominently. |

### Client Loyalty Program/Sales Support –
Work with Yamabuggy management to augment current sales material, and develop customer referral programs through eNewsletters and other contact elements.

| | |
|---|---|
| Creative Development | Work with the Yamabuggy sales team to leverage press coverage into sales tools for prospective/current corporate partners and clients. |
| Client Loyalty Program | Work the Yamabuggy to develop an ongoing client communications program that includes eNewsletters, as well as lifecycle contact material. |

THE CANNON GROUP LLC

A PASED TIMELINE:

The calendar that follows ties into the proposed budget and outline as attached.  We want to move quickly, so have set a start date for April 14, 2008.  This is a flexible calendar that will be refined based on further discussions as to the primary markets deemed most important.

April - [Campaign Development & Launch]
April will be spent developing all needed press kits, media material and an initial release strategy that ensures our efforts fit into Yamabuggy's calendar of events.  In addition, TheCannonGroup will contact the primary media outlets with initial pitches on the brand and the vehicles to refine pitches and prepare any necessary information.

The objectives for April includes creation and finalization of all necessary media as well as the distribution and follow up for two press releases for media placement.

- April – Kick Off Meeting [April 14]
  - Review benchmarks for client success
  - Review existing material and efforts such as:
    - Brand creative direction and messaging
    - Customer research and surveys
    - Review past press, marketing & sales efforts
    - Outline future direction – goals/objectives
    - Outline necessary creative material development
    - Assess effectiveness of events & past marketing efforts
  - Review immediate competition, opportunities & issues
- Deliverables from the Kick Off Meeting [April 14 – April 30]:
  - Brand Document that Outlines:
    - Defined brand attributes and benefits
    - Release message tracks based on specific brand benefits
    - Recommendation on creative direction and messaging for all material
    - Recommendation on creative materials to be developed
    - Overview of competition, as well as outline of opportunities & potential issues
    - Finalized media list [print, television, radio, online]
    - Finalized market list [i.e., LA, NY, Dallas, Miami, Phoenix, Seattle]
    - Finalized calendar of launch events
    - Finalized list of brand partners and event opportunities
    - Approved media contact list
    - Editorial calendar with list of upcoming media opportunities

- April – Material Development & Initial Media Outreach
  - Brand Material Deliverables & Tasks
    - Deliver creative elements for press kit approval:
      - Company Backgrounder and information
      - Management Bios
      - Product sheets for each collection
      - Brand copy points
    - Launch customer survey to assess opportunities and potential issues
  - Press & Media Deliverables & Tasks
    - Recommendations on initial contact to key journalists
    - List of stories for pitches based on editorial response
    - Distribution of 2 releases –
      - Brand overview & re-launch
      - Yamabuggy AOR release

TheCannonGroup
212 206 0303
303 Park Avenue South,  #1153   New York, NY  10010
www.thecannongroup.us

THE CANNON GROUP LLC

### April – Development & Initial Media Outreach [Con't]

- Online Media Deliverables & Tasks
  - Development of website for initial launch
  - Approved list for online publications, blogs, and lifestyle websites for content development
  - Presentation of concepts for online content marketing campaign
    - Article concepts
    - List of media placement contacts
- Strategic Partnerships Deliverables & Tasks
  - Approved list of brands for partnerships and co-branded opportunities
  - Approved list of events for co-branding/cross promotional opportunities
  - Present list of seasonal opportunities for events and content development
- Media Tracking Deliverables & Tasks
  - Determine desired level of media tracking
- Client Loyalty Program Deliverables & Tasks
  - 2 – 4 Templates for client eNewsletters
  - Client schedule for client contact management

### May -

In May we will continue to refine any media material needed. In addition, we will contact potential brand partners for market events and retail partnerships. Nationally, our efforts will focus on press and media placement with the national lifestyle, trade, outdoor and travel media. On a market basis, we will focus on a) developing a relationship with sales groups, channels, as well as creating events and showings for pickup with local/regional media outlets, as well as creating event partnerships with key brands.

- Brand Deliverables & Tasks
  - Finalized Brand Book with any necessary revisions for guiding all communications
  - Continued assistance in the development of any materials as needed
  - Report on the customer survey outlining media opportunities and potential issues
- Press & Media Material Deliverables & Tasks
  - Provide media training to management if necessary
  - Distribution of 3 story releases
  - Final press kit and materials to include:
    - One-sheets
    - Press kit
    - Initial releases
    - Event overview
- Press & Media Placement Deliverables & Tasks
  - Pitch stories to top-tier journalists based on editorial calendar
  - Proactively pitch 2 – 4 story releases within key vertical markets
  - Proactively pitch stories to local and regional media
  - Continue to develop new pitch angles/media track strategies
  - Follow Up with media contacts for story development and placement
  - Implement management sourcing program
- Online Media Deliverables & Tasks
  - Create online content packages for key websites
  - Initiate placement of online content on regional sites and with Niche media
  - Deliver online content components to key blogs and online media
- Strategic Partnerships Deliverables & Tasks
  - Contact approved companies to negotiate partnerships and co-branded opportunities
  - Refine & develop concepts for co-branding/cross promotional opportunities
  - Develop and initiate Newsletters/eNewsletters
  - Contact media/business partners for development of events [Niche Media, Avenue, Outdoor]
- Media Tracking Deliverables & Tasks
  - Monthly media tracking and monitoring service

THE CANNON GROUP LLC

**June -**
In June we will maintain the programs that are developed and optimize them based on the responses we receive. Additionally, we will continue to refine our efforts with the addition of possible promotions and targeted marketing – depending on what Yamabuggy has already planned.

- Brand Deliverables & Tasks
  - Continued assistance in the development of any materials as needed
- Press & Media Placement Deliverables & Tasks
  - Proactively pitch 3 – 4 story releases across the key vertical markets
  - Proactively pitch stories to local, regional media
  - Pitch stories to top-tier journalists based on editorial calendar
  - Continue to develop new pitch angles/track strategies
  - Follow Up with media contacts for story development and placement
  - Maintain management sourcing program
- Online Media Deliverables & Tasks
  - Create online content packages key websites
  - Initiate placement of online content on regional sites and with Niche media
  - Deliver online content components to key blogs and online media
- Strategic Partnerships Deliverables & Tasks
  - Contact approved companies within these markets to negotiate partnerships and co-branded opportunities
  - Refine concepts for co-branding/cross promotional opportunities
  - Develop and initiate partner Newsletters/eNewsletters
  - Contact media/business partners for development of events in each market
- Event/Content Marketing Deliverables & Tasks
  - Finalize opportunities for Spring and initiate Summer event opportunities
  - Create local/regional vacation & get-away content for placement on websites
  - Partner with local retailers to create local events
  - Determine viability of a documentary concept
- Media Tracking Deliverables & Tasks
  - Monthly media tracking and monitoring service
- Client Loyalty Program Deliverables & Tasks
  - Initiate client eNewsletter
  - Initiate outreach to clients for ongoing contact management with direct mailed invite

THE
CANNON
GROUP LLC

**July & Onward -→**
Although we can anticipate some of the work we will undertake in July, there will be opportunities and changes in the market that will direct our day to day activities. With a sustainable platform that will require less work, we will be able to proactively identify additional partnerships, cross promotional opportunities and other communications platforms for us to leverage. As our timeline progresses, we will be better able to define the actual day-to-day activities.

- Brand Tasks & Deliverables
  - Continue to work with Yamabuggy to assist in developing messaging as needed
- Sales & Marketing Material
  - Continue to work with Yamabuggy to assist in developing material as needed
  - Optimize online content opportunities
    - Blogs, podcasts, online content
- Press & Media Placement Tasks & Deliverables
  - Maintain source filing for principals with major media publications
  - Pitch stories to top-tier journalists based on editorial calendar
  - Proactively pitch stories based on release track
  - Continue to develop new pitch angles/track strategies
  - Follow Up with media contacts for story development and placement
  - Implement management sourcing program
  - Maintain an online content marketing campaign to blogs and online media
- Strategic Partnerships Tasks & Deliverables
  - Contact companies to assess partnerships and co-branded opportunities
  - Refine & develop concepts for co-branding/cross promotional opportunities
- External Communications Tasks & Deliverables
  - Maintain direct campaign to contact industry journalists, as well as brand managers
    - Monthly invites/postcards
    - Newsletters/eNewsletters
    - Implement online customer survey
    - Approach events for participation and speaking opportunities
- Event/Content Marketing Tasks & Deliverables
  - Launch opportunity for events & continue building opportunities for Summer
  - Create local/regional vacation & get-away content for placement on websites
  - Partner with local retailers to create local events
- Media Tracking Tasks & Deliverables
  - Monthly media tracking and monitoring service

THE CANNON GROUP LLC

## A PROPOSED BUDGET:

The attached budget for this engagement has been estimated based on a April 14, 2008 start date. This accounts for an ongoing press and media campaign based on our understanding of work we have laid out. Depending on final scope of work desired by Yamabuggy, this may vary. However, final numbers can be provided upon further conversation. We would like to recommend a twelve-month period with an agency review at the end to assess direction for further press and media efforts. Actual hours worked will vary depending on a needs basis:

### Account/Media Management -
Oversee all strategic and tactical components of the Yamabuggy marketing, communications and press/media coverage. Review all Yamabuggy material, define a brand direction, outline messaging, and initiate development of website, press/sales kits, brochures, messaging, and manage press lists, as well as endorsements.

### Website Development & Launch
Design, develop, program and launch an updated Yamabuggy website to provide information and sales opportunities with dealers and consumers.

### Sales Material Development
Design, develop, print and produce necessary retail brochures as well as consumer information to promote and help sell vehicles and upgrades.

### Traditional Media Planning/Buying -
Oversee all media planning and buying. Initial recommendations include trade and consumer print, targeted outdoor, product placements within media vehicles.

### Online Media Development -
Production and placement of video and animated content for such outlets as YouTube, Video.Google, Video.Yahoo, Video.Aol, and other content generated websites.

### Tradeshow Management -
Develop tradeshow contact strategy, as well as marketing and event promotional material, as well as assist in event coordination and management.

### Event & Celebrity Endorsements
Management of celebrity endorsements and ride programs, as well as event coordination for location openings, and press coverage.

**ESTIMATED BUDGET:**          **$ 1,100,000**

- ❖ The above budget is designed to provide a rough basis for potential project and retainer costs. Final allocation of media and events will depend on opportunities as they arise.
- ❖ Actual hours will be provided at the end of each month for billing.
- ❖ Actual fees will not exceed total budget estimates unless approved in writing.
- ❖ Non-fee related out of pocket costs [such as printing, shipping, production, messenger services] will be budgeted and approved prior to expenditures.



AN APPROACH TO WORKING:

As I hope you know, we are very eager to work with you and Yamabuggy. Our intent in working with you is to create an ongoing and sustainable program that positions you in the market, drives sales, helps you achieve your short- and long-term goals, and most importantly, produces results. To do this, we always like to recommend a strong working relationship that regards us as an extension to your existing operation more than an outside agency. This not only better enables us to understand your business, but also to respond to your needs.

We say this because not only do we realize your primary concern in working with us is publicity and advertising driven, we also realize you have business goals and objectives that our experience and relationships could be leveraged to assist. Again, our goal is not just to create and implement an effective campaign for you, but also to work with you in order to build your business through realistic programs and creative ideas we can both take action on.

We look forward to doing so.