**XATV USA**

374 Encinitas Blvd.
Encinitas, CA 92024
Phone 760 632 XATV   Fax 760-632 7232



# Purchase Order

1018

| TO: | SHIP TO: |
|-----|----------|
| Distribution Solutions USA | Pick Up |

| P.O. DATE | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|-----------|---------------|-------------|--------------|-------|
| 6/19 | | CH Robinson | Phoenix | Payable by June 29 |

| QTY | Model | DESCRIPTION | UNIT PRICE | TOTAL |
|-----|-------|-------------|------------|-------|
| 1 | X rover 400 | Silver to replaced the damage unit | $3,000 | $3,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|  |  |
|--|--|
| SUBTOTAL | |
| SHIPPING | |
| SALES TAX | |
| TOTAL | $3,000 |

# PURCHASE ORDER

**XATV USA (Sales Team)**
374 Encinitas Blvd. #A
Encinitas, CA  92024
Phone 760-632-9288  Fax 760-632-7232

1021



The following number must appear on all related correspondence, shipping papers, and invoices:
**P.O. NUMBER:**
**1021**

**Sales Representative: CGEV**

**Address: 6515 B, Adamo, Tampa FL**

**Phone: 813-523-2721**

| BILL TO: | SHIP TO: |
|---|---|
| CGEV | CGEV |

| P.O. DATE | REQUISITIONER | SHIPPED VIA | Warehouse | TERMS | | | |
|---|---|---|---|---|---|---|---|
| 6/25 | John | Pick up | Tampa | GE | Cash | CC | Net |

| QTY | UNIT | DESCRIPTION | Color | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|
| 1 | Dune Buggy | 400 CC Dune Buggy | Red | $2,975 | $2,975 |
| 1 | Dune Buggy | 400 CC Dune Buggy | Silver | $2,975 | $2,975 |
| 1 | Go Kart | 50 CC Go Kart | | $360 | $360 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Authorized by

VIN #

Comments:

| | |
|---|---|
| SUBTOTAL | $6,310 |
| SALES TAX | |
| SHIPPING & HANDLING | |
| OTHER | |
| TOTAL | $6,310 |

**XATV USA (Sales Team)**
374 Encinitas Blvd. #A
Encinitas, CA  92024
Phone 760-632-9288  Fax 760-632-7232



# PURCHASE ORDER
## 1019

The following number must appear on all related correspondence, shipping papers, and invoices:
**P.O. NUMBER:**
**101**

| Sales Representative: | **Ari Sander** |
| | **Walt Conner** |
| | **Jen Price** |

**Address: 8409 Pickwick  Suit 128**
**Dallas, TX 75225**

**Phone: 214-354-7670**

| BILL TO: | SHIP TO: |
| --- | --- |
| DS USA | DS USA |

| P.O. DATE | REQUISITIONER | SHIPPED VIA | Warehouse | TERMS ||||
| --- | --- | --- | --- | --- | --- | --- | --- |
| 6/20 | Paul | DS USA | Dallas | GE | Cash | CC | Net |

| QTY | UNIT | DESCRIPTION | Color | UNIT PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- |
| 2 | Dune Buggy | 400 CC Dune Buggy | Red | $3,000 | $6,000 |
| 1 | Dune Buggy | 400 CC Dune Buggy | Silver | $3,000 | $3,000 |
| 3 | Go Kart | 50 CC Go Kart | | $360 | $1,080 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Authorized by | | SUBTOTAL | $10,080 |
| --- | --- | --- | --- |
| | | SALES TAX | |
| VIN # | | SHIPPING & HANDLING | |
| Comments: | | OTHER | |
| | | TOTAL | |

**XATV USA** 

# PURCHASE ORDER

374 Encinitas Blvd.
Encinitas, CA  92024     1014
Phone 760 632 XATV   Fax 760-632 7232



| TO: Distribution Solutions | SHIP TO: Todd Sean  Pick up |
|---|---|
|  |  |

| P.O. DATE | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
| May 30 |  | Pick Up | Phoenix | Net 5 |

| QTY | Model | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
|  | Red | 400 cc Dune Buggy | $2,800 |  |
| 2 | Silver | 400 cc Dune Buggy | $2,800 |  |
|  |  | 50 CC  Go-Cart | $360 |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  | SUBTOTAL | $5,600 |
|---|---|---|
|  | SHIPPING |  |
|  | SALES TAX |  |
|  | TOTAL |  |

374 Encinitas Blvd.
Encinitas, CA 92024
(760) 632-9288
Fax (760) 632-7232

# Purchase Order

**Bill to**

| |
|---|
| Distribution Solutions |

**Ship to**

| |
|---|
| Salesman: Moe |

| Order # 1015 | Dallas |
|---|---|

| Item | Quantity Ordered | Description | Color | Pick by | Total |
|---|---|---|---|---|---|
| | | 400ccDune Buggy | Red | | |
| | 1 | 400ccDune Buggy | Silver | | $2,800 |
| | | 50cc Go-Cart | | | |
| | | | | | |
| | | | | **Total** | $2,800 |

**400cc Engine by YAMAHA JV Factory**

.

| Comments: | Date | Signature |
|---|---|---|
| | VIN # | |



6515 B Adamo Drive
Tampa, FL 33619

# Purchase Order

**P.O. # 111607**
**Date: 11/16/07**
**Florida License: VF/1005231/1**

| Bill to:<br>6515 B Adamo DR<br>Tampa, FL<br>33619 | Ship to:<br>Pick Up |
|---|---|

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
|  |  |  | Phoenix | Own Truck | Pre Paid |

| Quantity | Item | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | X-Rover | 400cc  Portland   Red | 3,100 | 3,100 |
| 2 | X-Rover | 400cc  Phoenix    Green | 2,975 | 5,950 |
| 1 | X-Rover | 400cc  Tampa   Red | 3,100 | 3,100 |

| | |
|---|---|
| **Subtotal** | **$12,150** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **$12,150** |



**CGEV**
**Commercial Gas & Electric Vehicles**

6515 B Adamo Drive
Tampa, FL 33619

# Purchase Order

**P.O. # 091407**
**Date: 9/14/07**
**Florida License: VF/1005231/1**

| Bill to:<br>6515 B Adamo DR<br>Tampa, FL<br>33619 | Ship to:<br>Pick Up |
|---|---|

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
|  |  |  | Phoenix | Own Truck | Pre Paid |

| Quantity | Item | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | X-Rover | 400cc  Phoenix   Red | 2,975 | 2,975 |
| 4 | X-Rover | 400cc  Phoenix   Green | 2,975 | 11,900 |
| 1 | X-Rover | 400cc  Phoenix   Silver | 2,975 | 2,975 |
| 200 |  | Jets | .80 | 160 |
| 200 |  | Grease fitting | .80 | 160 |

| Subtotal | $18,170 |
|---|---|
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | $18,170 |



**Commercial Gas & Electric Vehicles**

6515  B  Adamo Drive
Tampa,  FL  33619

# Purchase Order

**P.O. # 101907**
**Date: 10/19/07**
**Florida License: VF/1005231/1**

| Bill to:<br>6515 B Adamo DR<br>Tampa, FL<br>33619 | Ship to:<br>Pick Up |
|---|---|

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
|  |  |  | Portland | Own Truck | Pre Paid |

| Quantity | Item | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | X-Rover | 400cc  Portland  Red | 3,100 | 3,100 |
| 3 | X-Rover | 400cc  Portland   Silver | 3,100 | 9,300 |

| | |
|---|---|
| **Subtotal** | **$12,400** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **$12,400** |



**Commercial Gas & Electric Vehicles**

6515 B Adamo Drive
Tampa, FL 33619

# Purchase Order

*P.O. # 101107*
*Date: 10/11/07*
*Florida License: VF/1005231/1*

| Bill to: | Ship to: |
|---|---|
| **6515 B Adamo DR**<br>**Tampa, FL**<br>**33619** | **Pick Up** |

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
|  |  |  | Portland Warehouse | Own Truck | Pre Paid |

| Quantity | Item | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | X-Rover | 400cc Portland   Red | 3,100 | 3,100 |
| 1 | X-Rover | 400cc Portland   Silver | 3,100 | 3,100 |

| | |
|---|---|
| **Subtotal** | **$6,200** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **$6,200** |



**Commercial Gas & Electric Vehicles**

6515  B Adamo Drive
Tampa, FL  33619

# Purchase Order

*P.O. # 090607*
*Date: 9/06/07*
*Florida License: VF/1005231/1*

| Bill to: | Ship to: |
|---|---|
| 6515 B Adamo DR<br>Tampa, FL<br>33619 | Pick Up |

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
| | | | 4 warehouses | Own Truck | Pre Paid |

| Quantity | Item | Description | | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | X-Rover | 400cc  Dallas | Silver | 2,975 | 2,975 |
| 1 | X-Rover | 400cc  Tampa | Red | 2,975 | 2,975 |
| 1 | X-Rover | 400cc  Denver | Red | 3,100 | 3,100 |
| 1 | X-Rover | 400cc  Portland | Red | 3,100 | 3,100 |
| 1 | X-Rover | 400cc  Portland | Red   (cage) | 3,100 | 3,100 |
| 1 | X-Rover | 400cc  Dallas | Green (cage) | 2,975 | 2,975 |

| | |
|---|---|
| **Subtotal** | **$18,225** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **$18,225** |



6515 B Adamo Drive
Tampa, FL 33619

# PURCHASE Order

**P.O. # 082207**
**Date: 8/22/07**
**Florida License: VF/1005231/1**

**Bill to:**
**6515 B Adamo DR**
**Tampa, FL**
**33619**

**Ship to:**
**Pick Up**

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|--------|----------|-----------|-----|----------|-------|
|  |  |  | Dallas Phoenix | Own Truck | Pre Paid |

| Quantity | Item | Description | Unit Price | Total |
|----------|------|-------------|------------|-------|
| 1 | X-Rover | 400cc Dallas  Silver | 2,975 | 2,975 |
| 1 | X-Rover | 400cc Phoenix  Silver | 2,975 | 2,975 |

| | |
|---|---|
| **Subtotal** | **$5,950** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **$5,950** |



**CGEV**
**Commercial Gas & Electric Vehicles**

6515 B Adamo Drive
Tampa, FL 33619

# Purchase Order

*P.O. # 081407*
*Date: 8/14/07*
*Florida License: VF/1005231/1*

| Bill to: | Ship to: |
|---|---|
| 6515 B Adamo DR | Pick Up |
| Tampa, FL | |
| 33619 | |

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
| | | | Portland | Own Truck | Pre Paid |

| Quantity | Item | Description | Unit Price | Total |
|---|---|---|---|---|
| 2 | X-Rover | 400cc Dune Buggy   Silver | 3,100 | 6,200 |
| 2 | X-Rover | 400cc Dune Buggy   Red | 3,100 | 6,200 |

| | |
|---|---|
| **Subtotal** | **$12,400** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **0** |



**CGEV**
Commercial Gas &
Electric Vehicles

6515  B Adamo Drive
Tampa, FL  33619

# Purchase Order

*P.O. # 080607*
*Date: 8/6/07*
*Florida License: VF/1005231/1*

| Bill to: | Ship to: |
|---|---|
| 6515 B Adamo DR | Pick Up |
| Tampa, FL | |
| 33619 | |

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
| | | | Three Warehouses | Own Truck | Pre Paid |

| Quantity | Item | Description | Unit Price | Total |
|---|---|---|---|---|
| 1 | X-Rover 400 | Tampa   Silver | 2,975 | 2,975 |
| 1 | X-Rover 400 | Tampa   Red | 2,975 | 2,975 |
| 1 | X-Rover 400 | Dallas  Green | 2,975 | 2,975 |
| 2 | X-Rover 400 | Denver  Red | 3,100 | 6,200 |

| | |
|---|---|
| **Subtotal** | $15,125 |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | $15,125 |



**CGEV**
Commercial Gas &
Electric Vehicles

6515  B Adamo Drive
Tampa, FL  33619

# Purchase Order

*P.O. # 071907 A*
*Date: 7/19/07*
*Florida License: VF/1005231/1*

| Bill to:<br>6515 B Adamo DR<br>Tampa, FL<br>33619 | Ship to:<br>Changer Freight<br>Dallas, TX |
|---|---|

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
| | | | China | Own Freight Forwarder | 100% When Freight Is At The China Port |

| Quantity | Item | Description | | Unit Price | Total |
|---|---|---|---|---|---|
| 12 | X-Rover | 400cc Dune Buggy | Silver | 2,720.70 | 32,648.40 |
| 12 | X-Rover | 400cc Dune Buggy | Red | 2,720.70 | 32,648.40 |

| | |
|---|---|
| **Subtotal** | **$65,296.80** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **$65,296.80** |

CGEV                              Suzhou Yonghe Motorcycle Manufacture

_____        _____



**CGEV**
Commercial Gas &
Electric Vehicles

6515 B Adamo Drive
Tampa, FL 33619

# Purchase Order

*P.O. # 071807 C*
*Date: 7/18/07*
*Florida License: VF/1005231/1*

| Bill to:<br>6515 B Adamo DR<br>Tampa, FL<br>33619 | Ship to:<br>Pick Up |
|---|---|

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
| | | | Three Warehouses | Own Truck | Pre Paid |

| Quantity | Item | Description | | Unit Price | Total |
|---|---|---|---|---|---|
| 6 | X-Rover | 400cc Dune Buggy | Silver | 2,975 | 17,850 |
| 2 | X-Rover | 400cc Dune Buggy | Red | 2,975 | 5,950 |
| 4 | X-Rover | 400cc Dune Buggy | Red | 3,100 | 12,400 |

| | | |
|---|---|---|
| **Subtotal** | | **$36,200** |
| **Tax** | | 0 |
| **Freight** | | 0 |
| **Misc.** | | 0 |
| **Balance Due** | | **0** |



**CGEV**
Commercial Gas &
Electric Vehicles

6515  B  Adamo Drive
Tampa, FL  33619

# Purchase Order

*P.O. # 101207*
*Date: 10/12/07*
*Florida License: VF/1005231/1*

| Bill to:<br>6515 B Adamo DR<br>Tampa, FL<br>33619 | Ship to:<br>Pick Up |
|---|---|

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
|  |  |  | Three | Own Truck | Pre Paid |

| Quantity | Item | Description | Unit Price | Total |
|---|---|---|---|---|
| 2 | X-Rover | 400cc  Dallas   Green | 2,975 | 5,950 |
| 2 | X-Rover | 400cc  Phoenix   Silver | 2,975 | 5,950 |
| 1 | X-Rover | 400cc  Portland   Silver | 3,100 | 3,100 |

| Subtotal | $15,000 |
|---|---|
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **$15,000** |



**CGEV**
Commercial Gas &
Electric Vehicles

6515 B Adamo Drive
Tampa, FL 33619

# Purchase Order

*P.O. # 101207*
*Date: 10/12/07*
*Florida License: VF/1005231/1*

| Bill to: | Ship to: |
|----------|----------|
| **6515 B Adamo DR** | **Pick Up** |
| **Tampa, FL** | |
| **33619** | |

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|--------|----------|-----------|-----|----------|-------|
| | | | Three | Own Truck | Pre Paid |

| Quantity | Item | Description | Unit Price | Total |
|----------|------|-------------|------------|-------|
| 2 | X-Rover | 400cc Dallas Green | 2,975 | 5,950 |
| 2 | X-Rover | 400cc Phoenix Silver | 2,975 | 5,950 |
| 1 | X-Rover | 400cc Portland Silver | 3,100 | 3,100 |

| Subtotal | | $15,000 |
|----------|---|---------|
| **Tax** | | 0 |
| **Freight** | | 0 |
| **Misc.** | | 0 |
| **Balance Due** | | $15,000 |



**Commercial Gas &
Electric Vehicles**

6515  B  Adamo Drive
Tampa, FL  33619

# Purchase Order

*P.O. # 071807 A*
*Date: 7/18/07*
*Florida License: VF/1005231/1*

| Bill to:<br>6515 B Adamo DR<br>Tampa, FL<br>33619 | Ship to:<br>Pick Up |
|---|---|

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
|  |  |  | Three Warehouses | Own Truck | Pre Paid |

| Quantity | Item | Description | | Unit Price | Total |
|---|---|---|---|---|---|
| 6 | X-Rover | 400cc Dune Buggy | Silver | 2,975 | 11,900 |
| 2 | X-Rover | 400cc Dune Buggy | Silver | 3,100 | 6,200 |
| 6 | X-Rover | 400cc Dune Buggy | Red | 2,975 | 11,900 |
| 2 | X-Rover | 400cc Dune Buggy | Red | 3,100 | 6,200 |

| | |
|---|---|
| **Subtotal** | **$36,200** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **0** |



**CGEV**
Commercial Gas &
Electric Vehicles

6515 B Adamo Drive
Tampa, FL 33619

# Purchase Order

*P.O. # 071807 B*
*Date: 7/18/07*
*Florida License: VF/1005231/1*

| Bill to: | Ship to: |
|---|---|
| 6515 B Adamo DR | Pick Up |
| Tampa, FL | |
| 33619 | |

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
| | | | Five Warehouses | Own Truck | Pre Paid |

| Quantity | Item | Description | | Unit Price | Total |
|---|---|---|---|---|---|
| 6 | X-Rover | 400cc Dune Buggy | Silver | 2,975 | 11,900 |
| 2 | X-Rover | 400cc Dune Buggy | Silver | 3,100 | 6,200 |
| 6 | X-Rover | 400cc Dune Buggy | Red | 2,975 | 11,900 |
| 2 | X-Rover | 400cc Dune Buggy | Red | 3,100 | 6,200 |

| | |
|---|---|
| **Subtotal** | **$36,200** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **0** |



**CGEV**
Commercial Gas & Electric Vehicles

6515 B Adamo Drive
Tampa, FL 33619

# Purchase Order

*P.O. # 071807*
*Date: 7/18/07*
*Florida License: VF/1005231/1*

| Bill to: | Ship to: |
|---|---|
| 6515 B Adamo DR | Pick Up |
| Tampa, FL | |
| 33619 | |

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
| | | | Five Warehouses | Own Truck | Pre Paid |

| Quantity | Item | Description | | Unit Price | Total |
|---|---|---|---|---|---|
| 12 | X-Rover | 400cc Dune Buggy | Silver | 2,975 | 35,700 |
| !2 | X-Rover | 400cc Dune Buggy | Red | 2,975 | 35,700 |

| | |
|---|---|
| **Subtotal** | **$71,400** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **0** |



# Purchase Order

6515 B Adamo Drive
Tampa, FL 33619

*P.O. # 071907 A*
*Date: 7/19/07*
*Florida License: VF/1005231/1*

| Bill to: | Ship to: |
|---|---|
| **6515 B Adamo DR** | **Changer Freight** |
| **Tampa, FL** | **Dallas, TX** |
| **33619** | |

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
|---|---|---|---|---|---|
| | | | China | Own Freight Forwarder | 100% When Freight Is At The China Port |

| Quantity | Item | Description | | Unit Price | Total |
|---|---|---|---|---|---|
| 12 | X-Rover | 400cc Dune Buggy | Silver | 2,720.70 | 32,648.40 |
| 12 | X-Rover | 400cc Dune Buggy | Red | 2,720.70 | 32,648.40 |

| | |
|---|---|
| **Subtotal** | **$65,296.80** |
| **Tax** | 0 |
| **Freight** | 0 |
| **Misc.** | 0 |
| **Balance Due** | **$65,296.80** |

CGEV                              Suzhou Yonghe Motorcycle Manufacture

_____            _____



# Purchase Order

**6515 B Adamo Drive**
**Tampa, FL 33619**

*P.O. # 071907*
*Date: 7/19/07*
*Florida License: VF/1005231/1*

| Bill to:<br>6515 B Adamo DR<br>Tampa, FL<br>33619 | Ship to:<br>FOB China |
| --- | --- |

| Your # | Our Ref. | Sales Rep | FOB | Ship Via | Terms |
| --- | --- | --- | --- | --- | --- |
|  |  |  | China | Own Freight Forwarder | 100% When Freight Is At The China Port |

| Quantity | Item | Description | Unit Price | Total |
| --- | --- | --- | --- | --- |
| 24 | X-Rover | 400cc Dune Buggy   Silver | 2,700 | 64,800 |
| 24 | X-Rover | 400cc Dune Buggy   Red | 2,700 | 64,800 |

| Subtotal | $129,600 |
| --- | --- |
| Tax | 0 |
| Freight | 0 |
| Misc. | 0 |
| **Balance Due** | **$129,600** |

CGEV                    Suzhou Yonghe Motorcycle Manufacture

_____        _____