# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC,<br><br>                  Plaintiff,<br>vs.<br><br>BRISAKI, LLC, et al.,<br><br>                  Defendant. | CASE NO. 07 CV 2093 JM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT BRISAKI, LLC, WITH PREJUDICE** |

Pursuant to the parties' joint motion to dismiss (Doc. no. 33), the court hereby **DISMISSES** this action as to defendant Brisaki, LLC, with prejudice.

**IT IS SO ORDERED.**

DATED: April 16, 2008

                                             Hon. Jeffrey T. Miller
                                             United States District Judge