David A. Ebersole #128795
4666 Ramsay Avenue
San Diego, CA 92122
(858) 622-1604
Email: eberlaw@san.rr.com

Attorney for Plaintiff Q-EELECTRIC, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC, LLC.<br><br>        Plaintiff,<br><br>vs.<br><br>BRISAKI, LLC dba<br><br>AWESOMEBUGGY.COM, an entity of<br><br>Unknown Organization, et al. and DOES 26 – 100.<br><br>        Defendants | Case No.: 07CV2093JM NLS<br><br>DECLARATION OF DAVID A. EBERSOLE IN SUPPORT OF OPPOSITION TO AWARD OF FURTHER SANCTIONS |

I, David A. Ebersole, declare:

    1.  I am an attorney at law licensed to practice under the laws of the State of California and I am admitted as an attorney in this District Court.   I am the attorney for Plaintiff herein. All facts set forth herein are based on my personal knowledge and, if called upon as a witness, I could competently testify thereto.

    2.  I have confirmed with attorney John Houkom of the Quintana Law Group that the sanction amount of $2,511.16 paid by check in certified funds was delivered to and received by the Quintana Law Group on Monday April 7, 2008.  I have further confirmed that the check was deposited and cleared, finalizing the payment of the sanction amount of $2,511.16.

    3.  It is my understanding that a loan of the amount of $2,511.16 was made to James

- 1 -

William Bravos to pay the sanctions.   Prior to this loan being made I had made inquiry of both Plaintiff and James William Bravos on numerous prior occasions to pay the amount of $2,511.16 to defendant BRISAKI, LLC.  On each occasion I was informed by both that they did not have the funds available to pay the $2,511.16.

4.  I have spoken to John Wang who is the President of Q-ELECTRIC, LLC.  Based upon my conversations with John Wang and my review of the Declaration filed with this court on April 2, 2008 of  Greg Alexander who is the Chief Financial Officer for Q-ELECTRIC, LLC I understand that the financial status of Q-ELECTRIC, LLC is dire and Q-ELECTRIC, LLC is struggling to stay in business and continue its business operation

5.   Plaintiff Q-ELECTRIC, LLC and defendant BRISAKI, LLC have stipulated to a Dismissal with prejudice in this action.   A Motion To Dismiss was filed with this court on April 8, 2008.  An Order granting Motion To Dismiss was signed on April 16, 2008.

6.  On April 16 2008 I spoke with attorney John Houkom of the Quintana Law Group and I am advised that defendant BRISAKI, LLC's client representative and its attorneys have asked to be excused from attending the OSC hearing regarding further sanctions set for April 22, 2008 at 2:30pm.   Based upon this request of defendant BRISAKI, LLC and its attorneys and also the poor financial condition of Q-ELECTRIC, LLC and its former attorney James William Bravos, I am requesting that John Wang of  Q-ELECTRIC, LLC and its former attorney James William Bravos and myself also be excused from attending the OSC hearing regarding further sanctions set for April 22, 2008 at 2:30pm.

7.  I apologize to the court for the time that has been taken in dealing with the late payment of the sanction amount of  $2,511.16 and on behalf of  Q-ELECTRIC, LLC and its former attorney James William Bravos I ask that the court not award further sanctions and allow Plaintiff to continue with this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Executed on April 17, 2008 | S/ David A. Ebersole |
| | ---------------------------------- |
| | David A. Ebersole |
| | Attorney For Plaintiff  Q-ELECTRIC, LLC |
| | Email: eberlaw@san.rr.com |

- 3 -