DAVID A. EBERSOLE, ESQ.
State Bar No. 128795
4666 Ramsay Ave.
San Diego, CA 92122
(858) 622-1604

Attorney for Plaintiff, Q-ELECTRIC LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC, | Case No.:07CV2093JM NLS |
| Plaintiff, | |
| v, | DECLARATION OF JAMES WM. BRAVOS |
| BRISAKI, LLC dba AWESOMEBUGGY.COM, an Entity of Unknown Organization; et al. | |
| Defendants. | |

I, JAMES WM. BRAVOS declare that the following facts are true to my own knowledge and belief and if called would competently testify thereto:

1. I borrowed the funds to pay the sanctions order of February 20, 2008 on the afternoon of April 4, 2008.

2. The funds were not available until the next day when they were sent directly to Quintana Law Office.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 17, 2008

JAMES WM. BRAVOS

1