**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Q-ELECTRIC, LLC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRISAKI, LLC dba AWESOMEBUGGY.COM, an entity of Unknown Organization, et al. and DOES 26 – 100.<br><br>　　　　Defendants | Case No.: 07CV2093JM NLS<br><br>**DECLARATION OF SERVICE** |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action, that I served the above named person the following documents:

**Declaration of James w. Bravos**

**Declaration of David A. Ebersole in Support of Opposition to Further Sanctions**

the following manner:

BY MAIL:    By placing a copy in a separate envelope, with postage fully prepaid for each address named below and depositing in the U.S. Mail at San Diego, California

On April 17, 2008

Andres F. Quintana
John Houkom
Quintana Law Group
21650 Oxnard Street, Ste. 700
Woodland Hills, California 91367

Executed on April 17, 2008 at San Diego, California        s/ David A. Ebersole
                                                            Attorney for Q-Electric, LLC
                                                            eberlaw@san.rr.com