DAVID A. EBERSOLE, ESQ.
State Bar No. 128795
4666 Ramsay Ave.
San Diego, CA 92122
(858) 622-1604

Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZHIYAO ZHANG an individual; XAT USA, INC., a California Corporation et al. <br><br> Defendants. | Case No.: 07CV2093JM NLS <br><br> NOTATION OF DEFAULT |

I, W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, do hereby certify that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant, UNIQUE LOGISTICS INTERNATIONAL is a business entity of unknown organization and existing under the laws of the State of Texas, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

dated:
San Diego, California

SAMUEL HAMRICK, JR.
CLERK OF COURT

By: _____
Deputy Clerk

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Q-ELECTRIC LLC,  )  Case No. 07CV2093 JM NLS
                )
        vs.     )  DECLARATION OF SERVICE
                )
                )  Person Served:
                )  Unique Logistics International
Unique Logistics Internat'l et al. )  Date Served:
                )       FEB 15, 08

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action, that I served the above named person the following documents:
FIRST AMENDED COMPLAINT
in the following manner: (check one).

1)        By personally delivering copies to the person served.

2)        By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3)        By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers; and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   x    By placing a copy in a separate envelope with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at ENCINITAS, CALIFORNIA on FEB 15, 2008   TO UNIQUE LOGISTICS
                                                                                                801 HANOVER DR.
                                                                                                GRAPEVINE, TX 76051

Executed on  FEB 15, 2008   at ENCINITAS, CAL

GREG ALEXANDER
374 Encinitas Blvd, ENC. CA 92024

DAVID A. EBERSOLE, ESQ.
State Bar No. 128795
4666 Ramsay Ave.
San Diego, CA 92122
(858) 622-1604

Attorney for Plaintiff, Q-ELECTRIC LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Q-ELECTRIC LLC,

    Plaintiff,

v.

ZHIYAO ZHANG an individual; XATV USA, INC., a California Corporation et al.

    Defendants.

Case No.: 07CV2093JM NLS

REQUEST TO ENTER DEFAULT

TO: W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, Please enter default of defendant(s), UNIQUE LOGISTICS INTERNATIONAL is a business entity of unknown organization and existing under the laws of the State of Texas, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of GREG ALEXANDER.

April 17, 2008
San Diego, California

\s\DAVID A. EBERSOLE, ESQ.

1