*This space reserved for file stamp*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

The request for default judgment in a sum certain referenced below was not approved. It is the filer's responsibility to pursue further action by remedying the following discrepancy(s).

| | |
|---|---|
| Case No.: | 07cv2093-JM(NLS) |
| Case Title: | Q-Electric LLC v. Brisaki LLC, et al |
| Filer: | Q-Electric LLC |
| Request File Date: | 4/11/08 |

**Discrepancy**

| | |
|---|---|
| ☐ | Prior to issuance of default judgment, defendant must be defaulted by clerk for failure to respond |
| ☐ | Infants and incompetent persons ineligible for default judgment in sum certain |
| X | Principal sum referenced in proposed judgment must be less than or equal to the principal sum referenced in the complaint |
| ☐ | Default judgments in sum certain must not include attorney fees |
| ☐ | Proposed default judgment must be provided to the clerk |
| ☐ | Other: |

Date:   April 22, 2008                                           CLERK, U.S. DISTRICT COURT

                                                                By: S/ T. Lee

                                                                Deputy Clerk