David A. Ebersole #128795
4666 Ramsay Avenue
San Diego, CA 92122
(858) 622 -1604
Email: eberlaw@san.rr.com

Attorney for Plaintiff Q-EELECTRIC, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC, LLC.<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRISAKI, LLC dba<br><br>AWESOMEBUGGY.COM, an entity of<br><br>Unknown Organization, et al. and DOES 26 – 100.<br><br>　　　　Defendants | Case No.: 07CV2093JM NLS<br><br>NOTICE OF DISMISSAL OF FIRST AMENDED COMPLAINT AGAINST DEFENDANTS SUNRIGHT; DAVID WOO; GK MOTORSPORTS; MICHAEL CUNNINGHAM; SUZHOU HENGRUI IMP & EXP CO., LTD.; SUZHOU INDUSTRIAL PARK YONGHE MOTORCYCLE MANUFACTURE CO., LTD.; SEABOARD WAREHOUSE; DAN WOJIEK; GREATWIDE DISTRIBUTION; SANDRA ERWIN; CHALLANGER FREIGHT SYSTEMS; JOSH MCCALES; ABSOLUTE LOGISTICS; DAVID W. KERBER; JET DELIVERY SYSTEMS, INC.; COAST BRIDGE LOGISTICS; MOUNTAIN STATES LOGISTICS; RUSTY WALKER; DAVE KERBER; COAST BRIDGE LOGISTICS; AND JAMES CHOU WITHOUT PREJUDICE |

Plaintiff Q-ELECTRIC, LLC by and through its counsel of record hereby gives NOTICE OF

DISMISSAL OF FIRST AMENDED COMPLAINT AGAINST DEFENDANTS SUNRIGHT;

DAVID WOO; GK MOTORSPORTS; MICHAEL CUNNINGHAM; SUZHOU HENGRUI

IMP & EXP CO., LTD.; SUZHOU INDUSTRIAL PARK YONGHE MOTORCYCLE

MANUFACTURE CO., LTD.; SEABOARD WAREHOUSE; DAN WOJIEK; GREATWIDE

DISTRIBUTION; SANDRA ERWIN; CHALLANGER FREIGHT SYSTEMS; JOSH

MCCALES; ABSOLUTE LOGISTICS; DAVID W. KERBER; JET DELIVERY SYSTEMS,

INC.; COAST BRIDGE LOGISTICS; MOUNTAIN STATES LOGISTICS; RUSTY WALKER;

DAVE KERBER; COAST BRIDGE LOGISTICS; AND JAMES CHOU, ALL WITHOUT PREJUDICE

DATED April 22, 2008

                                                            S/ David A. Ebersole

                                                            -----------------------------------

                                                            David A. Ebesole

                                                            Attorney For Plaintiff  Q-ELECTRIC, LLC

                                                            Email: eberlaw@san.rr.com