James William Bravos #138097
2185 Sunset Cliffs Blvd.
San Diego, CA 92107
(619) 222-3504

Attorney for Plaintiff Q-ELECTRIC, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC, LLC. | Case No.: 07CV2093 JM NLS |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| BRISAKI, LLC dba AWESOMEBUGGY.COM, an entity of Unknown Organization, et al. and DOES 26 – 100 | |
| Defendants | |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT Q-ELECTRIC, LLC makes the following substitution:

1. Former legal representative: David A. Ebersole, State Bar No. 128795, 4656 Ramsay Avenue, San Diego, California, (858) 622 – 1604.

2. New legal representative James William Bravos State Bar No. 138097, 2185 Sunset Cliffs Blvd., San Diego, CA 92107 (619) 222-3504.

3. I consent to this substitution:

April 23, 2008

*Q Electric LLC*
*By John Wang*

I consent to this substitution.
April 23, 2008

_____
David A. Elverside

I consent to this substitution.
April 23, 2008

_____
James William Brown