# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC,<br><br>         Plaintiff,<br> vs.<br>BRISAKI, LLC, et al.,<br><br>         Defendant. | CASE NO. 07 CV 2093 JM (NLS)<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

   Based on the parties' stipulation (Doc. no. 41), the court hereby grants the proposed substitution of attorney.

   **IT IS SO ORDERED.**

DATED: May 23, 2008

                        Hon. Jeffrey T. Miller
                        United States District Judge

cc:   All parties