1   JAMES WM. BRAVOS, ESQ.
    State Bar No. 138097
2   2185 Sunset Cliffs Blvd.
    San Diego, CA 92107
3   (619) 222-3504

4   Attorney for Plaintiff, Q-ELECTRIC LLC

5

6

7

8

9
                    UNITED STATES DISTRICT COURT
10                  SOUTHERN DISTRICT OF CALIFORNIA

11  Q-ELECTRIC LLC,                    )   Case No.:07CV2093JM NLS
                                       )
12       Plaintiff,                    )   REQUEST FOR HEARING DATE
                                       )   TO ENTER DEFAULT JUDGMENT
13       v,                            )   BY COURT
                                       )
14  ZHIYAO ZHANG an individual; XATV   )
    USA, INC., a California            )
15  Corporation et al.                 )
                                       )
16       Defendants.                   )
                                       )
17  _____   )

18  TO: W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT,

19  SOUTHERN DISTRICT OF CALIFORNIA, Please set a hearing date for

20  receiving evidence for the entry a default judgment against

21  defendant(s), ZHIYAO ZHANG, an individual, and, XATV USA, INC., a

22  California Corporation pursuant to Rule 55(b)(2) of the Federal

23  Rules of Civil Procedure.  Please dismiss all other remaining

24  defendants in the above-captioned action. Good Cause exists to set

25  a prove up hearing against aforenamed defaulted defendants.

26

27  July 25, 2008                          \S\ JAMES WM. BRAVOS, ESQ.
    San Diego, California                      attorney for plaintiff
28

                                1