JAMES WM. BRAVOS, ESQ.
State Bar No. 138097
2185 Sunset Cliffs Blvd.
San Diego, CA 92107
(619) 222-3504

Attorney for Plaintiff, Q-ELECTRIC LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC, | Case No.:07CV2093JM NLS |
| Plaintiff, | AMENDED |
| v, | REQUEST FOR HEARING DATE TO ENTER DEFAULT JUDGMENT BY COURT |
| ZHIYAO ZHANG an individual; XATV USA, INC., a California Corporation et al. | |
| Defendants. | |

TO: W. SAMUEL HAMRICK, JR., CLERK, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA, Please set a hearing date for receiving evidence for the entry a default judgment against defendant(s), ZHIYAO ZHANG, an individual,, XATV USA, INC., a California Corporation, and, UNIQUE LOGISTICS INTERNATIONAL a business entity of unknown organization and existing under the laws of the State of Texas, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Please dismiss all other remaining defendants in the above-captioned action. Good Cause exists to set a prove up hearing against aforenamed defaulted defendants.

1  July 25, 2008                          \S\ JAMES WM. BRAVOS, ESQ.
   San Diego, California                    attorney for plaintiff

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28