Case 3:07-cv-02093-JM-NLS   Document 46   Filed 08/05/2008   Page 1 of 2

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>BRISAKI, LLC, et al.,<br><br>                Defendant. | CASE NO. 07 CV 2093 JM (NLS)<br><br>**ORDER:**<br><br>**(1) DENYING WITHOUT PREJUDICE REQUEST FOR HEARING DATE; AND**<br><br>**(2) DISMISSING DEFENDANTS OTHER THAN ZHIYAO ZHANG, XATV USA, INC., AND UNIQUE LOGISTICS INTERNATIONAL** |

On July 25, 2008, Plaintiff filed an ex parte application requesting "a hearing date for receiving evidence for the entry [of] a default judgment" against defendants Zhiyao Zhang, XATV USA, Inc., and Unique Logistics International. Pursuant to Civil Local Rule 7.1, "All hearing dates for any matters on which a ruling is required shall be obtained from the clerk of the judge to whom the case is assigned." L.R. 7.1(b). Accordingly, if Plaintiff wishes to file a motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff must call this court's chambers to receive a hearing date. The court therefore **DENIES** Plaintiff's written request without prejudice to a request properly complying with this order and Civil Local Rule 7.1.

//

//

1 |     Plaintiff also moves to dismiss all defendants other than Zhang, XATV USA, Inc., and Unique Logistics International.  For good cause shown, the court hereby **GRANTS** Plaintiff's request.

**IT IS SO ORDERED.**

**DATED:  August 5, 2008**

_____
**Hon. Jeffrey T. Miller
United States District Judge**