# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Q-ELECTRIC LLC, | CASE NO. 07 CV 2093 JM (NLS) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | |
| BRISAKI, LLC, et al., | |
| Defendant. | |

On March 7, 2008, the Clerk entered a default against defendant XATV USA, Inc. (Doc. no 21.) On March 12, 2008, the Clerk entered a default against defendant Zhiyao Zhang. (Doc. no. 24.) On July 31, 2008, the Clerk entered a default against defendant Unique Logistics. (Doc. no. 45.) The court dismissed all other defendants on August 5, 2008. (Doc. no. 46.)

Plaintiff has not moved for default judgment within 30 days of these entries of default. Pursuant to Civil Local Rule 55.1, the court hereby **ORDERS** Plaintiff to show cause, at a hearing on **September 26, 2008, at 1:30 p.m.**, why the complaint against the defaulted parties should not be dismissed. In lieu of appearing at the hearing, Plaintiff may file a motion for default judgment prior to the hearing date.

**IT IS SO ORDERED.**

**DATED: September 3, 2008**

**Hon. Jeffrey T. Miller**
**United States District Judge**